Jose O. Arteaga
FULL NAME
Mule Creek S.P-A5 #111
COMMITTED NAME (if different)
Po Box 409020
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Ione, CA. 95640
#V29993
PRISON NUMBER (if applicable)

FILED

OCT 11 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

Jose O. Arteaga,

PLAINTIFF,

v.

J. Garcia, et, al.
DEFENDANT(S).

CASE NUMBER 1:22-cv-01292-EPG (PC)

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? _About #5_

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED

OCT 11 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jose Arteaga
(Name of Plaintiff)
V-29993, M·C·S·P-A5 #107
(Address of Plaintiff)
PO BOX 409020, Ione, CA
95640

vs.

① J. Garcia
② A. Fugate/Amin.Manish.
③ D. Neve And John /E. Clork
(Names of Defendants) Doe's/E. Garcia
1—12

_____

(Case Number)

CIVIL RIGHTS

COMPLAINT

42.U.S.C § 1983

I.  Previous Lawsuits:

    A.  Have you brought any other lawsuits while a prisoner:   ☒ Yes   ☐ No

    B.  If your answer to A is yes, how many?: _____ Describe the lawsuit in the space
below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper
using the same outline.)

        1. ███████████████
            ██████ Medical Staff as Defendants
        . John Does #13, 14, 15.

Defendants _____

_____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983      Rev'd 5/99

1. ROE. 21

## PREVIOUS LAWSUIT'S

NO | (YES)

## PARTIE'S                    COURT'S

① ARTEAGA V. HARLON    "CENTRAL"
CASE# 2:16-CV-07702.      DISTRICT
        (SETTLED)

② J. ARTEAGA V. WEST. Netal.  "EASTERN"
CASE# 2:20-CV-00752.       DISTRICT
        (PENDING)            SACRAMENTO

③ J. ARTEAGA V. P. CASTELLANOS. "DISTRICT"
CASE# 2:21-CV-08827-DDP-KK   CENTRAL
        (PENDING)

④ J. ARTEAGA V.  NEVE, ET, al.  "EASTERN"
CASE# 1:19-CV-1001          DISTRICT
        (DISMISSED WITHOUT PREJUDICE)  FRESNO

⑤ J. ARTEAGA V. BAUGHMAN ETal "SACRAM."
CASE# 2:17-CV-528           EASTERN
        (DISMISSED WITHOUT PREJUDICE)  DISTRICT

## EXHAUSTION OF ADMINISTRATIVE REMEDIES PROCEDURES.

NO | (YES)

IT is an affirmative defense, due
That The chief Grievance Official's
Determined That Deffendant's "did
Violated Policy" (Grievance Log#C·S·P·C-7-
19-04194) (as Exhibit#1. See Attached hereto)

1. C # of 21

on (date or dates) 2-12-2019, _____ , _____
                    (Claim I)           (Claim II)           (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant   J. Garcia                    PO Box 8800   resides or works at
    (full name of first defendant)
    Corcoran State Prison (C.S.P) Corcoran, CA. 93212
    (full address of first defendant)
    Correction Officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

2.  Defendant   A. Fugate                    resides or works at
    (full name of first defendant)
    Corcoran S.P (C.S.P) PO Box 8800, Corcoran, CA
    (full address of first defendant)                        93212
    Correctional Officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

3.  Defendant   D. Neve. PO Box 8800   resides or works at
    (full name of first defendant)
    Corcoran, CA, 93212   (C.S.P)
    (full address of first defendant)
    Correctional Officer
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

4. Defendant: Manish N Amin (Medical Staff) see..page
   #16
   Adventist Health Care in Bakersfield, CA.
                        ☒ Individual   Capacity
5. Defendant:
   Edgar Clark - Medical Staff From Corcoran Prison.
                                              see..page
                                              #17
   PO Box 8800, Corcoran      ☒ individual  ☐ official
   California, 93212.                        Capacity

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant MANISH N. AMIN resides in BAKersfield,
(name)                                                        (County of residence)
and is employed as a Physician/Advenist Health. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: Comitted malpractice INSOFAr As The Plaintiff was Provided with
SubstandArd medical Care at Best. Defendant allowed the INfluence of On-hand
Correctional officers to dictate the level of Care the Plaintiff Received.

Defendant EdGAR CLARK resides in CORCORAN,
(name)                                                        (County of residence)
and is employed as a P&S. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: Knowingly Falsified medical documentation (Progress Notes) and made slan-
derous Statements, in An attempt to downplay the injuries sustained by the plaintiff, and to
obscure the Facts in An attempt to protect officers from excessive force claims.

Defendant John Doe resides in Corcoran,
(name)                                                        (County of residence)
and is employed as a Correctional officer. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: Participated with Defendants Fugate and Garcia in the cover up of
The Unprovoked attack and previously refused to intervene in The beating STOPPING
of Plaintiff by rogue and unprofessional as well as dangerous officers.

Defendant John Doe#2—12 resides in Corcoran State prison
(name)                                                        (County of residence)
and is employed as a Correctional Officer's. This defendant is sued in
(defendant's position/title (if any))
Their
his/her ☒ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under
color of law: Responsible for making assure that priso-
ners received untampered, healthy State meals where
instead making sure that plaintiff receive contaminated,
harmful and bad meals to cause sickness and mistreatment
To Fulfilled retaliatory practices, premeditadely to
Tortured and make plaintiff sick or with possible Fu-
Ture bad Illness Consequences.

§ 1983 SD Form
(Rev. 8/15)

**6.** Defendant  *John Doe. (C.S.P) PO Box 8800*  resides or works at
<u>(full name of first defendant)</u>

*Corcoran, CA, 93212*
<u>(full address of first defendant)</u>

*Correctional Officer*
<u>(defendant's position and title, if any)</u>

John Doe #1, The officer who opened the gate towards
a Blind Spot. He watched The beating and Failed To intervene.

The defendant is sued in his/her (Check one or both): ☒ individual ✓ ☐ official capacity.

Explain how this defendant was acting under color of law:

7. Defendant. E. Garcia, who pick up The Legal ins-
Titutiona Mail (Excessive used of Force 602) which was intentionally
Lost bye. Gate to write The incident — see Exhibit-5.

**8.** Defendant  *John Doe's #2-Through-12*  resides or works at

*They worked as State Food*
<u>(full name of first defendant)</u>

*Handllers in Segregation in Corcoran*
<u>(full address of first defendant)</u>  Administrative  State Prison
"All Defendants" From: 2-12-2019
<u>(defendant's position and title, if any)</u>

The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.  To 9-10-2019

John Does # 13 - Through - 15  Violated 8th
Explain how this defendant was acting under color of law:  Amendment Rights / Individual
Medical Staff's as John Doe's / Capacity
Worked in Administrative Segregation in Corcoran

## Jurisdiction

Jurisdiction rest within This honorable cou-
RT To Rule on This Claims and Relieve when
Claim's Presented are where Relief can be
Granted: and are Genuine issues and material
Dissent Toward, 1997 e (c) (2) Merits are Strictly
For Monetary Compensatory Relief and based
on Prison conditions, Not Recurring Favorable
Termination, 28 U.S.C. §§ 1331, 1343 (a) (3) Biveny.—
Six unknown named Agents 403 U.S. 388, 91 S. CT.
1999 18 U.S.C §1362 6.(9)(2).

The complaint in This case alleges that The pla-
intiff was subjected to The misuse of excessive
Force. and then Retaliated against by several Cor-
Rectional Officers. This is a Rare case where Higher
Level official's Admitted that Defendants DID Vio-
Lated (CDC-R) Policy. see Exibits #1

D. CLAIMS*

CLAIM I

The following civil right has been violated:

EighTh Amendment VioLaTion and FiRST-
Amendment Violation. (8Th, & 1TH. Amendments)

## ITroduction

As pro-se, Plaintiff Jose Oswald ARTea-
ga seeks Civil RighTs authorized by 42. U.S.C section
§1983 To Redress The Federal established, FiRST-
and Eighth Amendment deprivations by Defend-
anT(s) under color of State law rights and under
Their Individual Capacity which are secured by The
U.S. Constitution, Therefore Plaintiff seeks com-
pensatory Damages, and Punitive Damages For The
ReTaLiaTion and used of unreasonable unnecessary and
excessive Force, Creating Cruel and unusual Punish-
ment in violation of Plaintiff's Civil Legal RighTs.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without

citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each

DEFENDANT (by name) did to violate your right.

## STaTemenTs of FacTs

AfTer several, Constant drawn out con-
FronTations with Defendant D. Neve and other
OFFiceRs over The bad handling of plaintiff's
State Food Meals, which lead ToThe False accu-
sation of BaTTery on an officer, over possible
dropLeTs of water hitting c/o Neves lower pa-
nT Leg or BooT as a result of him walking in Fro-
nT of Plaintiff's cell door, while plaintiff was
cleaning and mopping his cell floor as Routine.
Plaintiff after being verbally Threatened by
officer D. Neve with violence. OFFicers A. Fu-
gate. and J. Garcia, arrived and also Threatened

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same
outline.

neXT PaGe conTinue

## CLAIM II

1. State the constitutional or other federal civil right that was violated: (8TH) EIGHTH Amendment RIGHT and (1ST) FIRST Amendment Violations.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☒ Retaliation
   ☒ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. PlaintiFF with Violence and ordered him To CUFF UP in which PlaintiFF did comply and was Placed in Handcuffs behind his Back and Then in being escorted To another Housing unit Building as a Trumped Result of the Fabricated Battery on a peace officer wrongfull charge. OFFicers A. Fugate and J. Garcia were the Primary responsible escorts of PlaintiFF and after another Fellow officer (Defendant John Doe) opening the security gate Leading To an alley port From 9A To Administrative segregation the plaintiFF was ordered To walk through the gate and kept going Forward in Front of the OFFicers after a Few steps ahead one of the OFFicers escorting him pulled out a metal object From his person making a distinctive metal brushing noise and which made plaintiFF To slightly Turn his head Towards him and see a Flash of movement coming From OFFicers J. Garcia Then Felt a strong Blow on the Top of plaintiFFs head because he was being attacked by c/o J. Garcia, viciously with a metal

4. State how you were injured by the actions or inactions of the Defendant(s). PlaintiFF Previously next Page continue→ Filed a CDC-602 complaint (against Neve as exhibit#4) on 01-30-2019. and caused c/o Neve To Retaliate against plintiFF.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: 8Th and 1Th Ame-ndMent VIOLATIONS. E. GARCIA INTENT TO CensoRED PLAINTIFFS FIRST AdMINISTRATIVE ComPLAINT VIOLATED HIS RIGHT.

**Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities          ☐ Mail          ☒ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☒ Retaliation
☒ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

**Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. object (what appeaRed To be a MeTal BaTon oR FlashLight) he Then Felled To The concReTe Flo-oR afTer Being Trown down by the otheR officeR A. FugaTe They BoTh Then sTaRted To Punch, Kick PlainTiff severely and continued To STRIKED him with the Metal object, making PlainTiff To immediately gush blood effusively From The Top of his head His nose and Then Lips, the beaTing continued To Rain down on him with FoRce foR what appeaRed oR FelT Like an eterniTy making PlainTIFF To almosT PasT OUT oR become Immobi-le and Lose conciousness buT PlainTIFF STRong effoRT KepT him awake buT helpless confused and Dazzed wondeRing why the attack was going on againsT him with so much hate and BRutalliTy while being In handcuFFs, this was an acT of RetaliatoRy pracTice foR PlainTIFF voicing His conceRns oveR The TaMPeRed Meals ThaT afTeR consuming would make HIM ILL and due To The False/Fied Allegations of S/O Neve foR PlainTIFF FILING PasT CDC-6Rievances aga-ints CDC-R-officeRs (see atTached PeRsonal Hand Made copy, as exHibiT-4 of 6Rievance PREVIOUSLY FILED) and S/o Neve In This same unit FacilITy, AfteR the beat-ting The officeR Pushed his alaRM and LateR Many

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  Next Page conTinues➡ ☒ Yes  ☐ No

b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No

c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

7. OF. 21

1. Other officer's showed up running and wi-
2. tnessed plaintiff laying on the floor helpless
3. and bleading semi-unconscious due to the
4. concussions suffered, while the third (3RD)
5. Defendant MR. John Doe just stood there
6. and watched, without preventing from
7. this two officers to carry out the assault
8. and did not intervened to stop the continu-
9. esly blows as he was trained to do, nore did
10. he reported the abused and illegal miscond-
11. uct of his fellow co-workers and failed to pro-
12. tect plaintiff as a duty correctional officer
13.     Plaintiff was then taken to the pri-
14. son (C.T.C) medical, clinic, treatment, cen-
15. ter to care for his wounds and injuries
16. at the arrival I was treated to blocked
17. the blood from gushing out by the nurses
18. and out a few minutes later a Doctor
19. MR Clark, walked in to the room,
20. with some officers and stated and ask-
21. ed ¿ so you got hit in the head huh? there
22. where over seven other officers inside
23. the room. After the Doctors examinati-
24. on he decided to rush me to the outside
25. hospital due to the severity of the inju-
26. ries. A squat (I.G.I) officer later walked
27. inside the room and took a picture of
28. me, then I was taken to the outside hos-

8. OF. 21

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<33946183@cacd.uscourts.gov>Subject:Activity in Case ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓Jose
Osvaldo Arteaga v. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓re Text Only Entry Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/19/2022 at 11:24 AM PDT and filed on 5/19/2022

| | |
|---|---|
| **Case Name:** | Jose Osvaldo Arteaga v. ▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Case Number:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**
Service Packet for defendants emailed to the CDCR, USMS, and AG's Office. THERE IS NO
PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dsb) TEXT ONLY ENTRY

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **Notice has been electronically mailed to:**
**Notice has been delivered by First Class U. S. Mail or by other means**
**BY THE FILER to :**
Jose Osvaldo Arteaga
CDC V-29993
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Corcoran CA 93212
US

1 PITAL FOR FURTHER TREATMENT WHERE I WAS DI-
2 agnosed with a Severe Concussion on the
3 top of my head that Required many
4 metal Staples to closed the wound opening
5 I bleaded a lot, and I had two black wound-
6 ed eyes, nose bleed, Busted Lip, Back and
7 neck extreme pain, Also unusual blurred
8 and double vision, after a CT-Scam I was
9 diagnosed with an eye Socket Fractured
10 that also caused a Retina detachment
11 creating permanent eyes damage because
12 I had to later endured an eye Surgery
13 to Re-attached the eye Retina, a very pa-
14 inful procedures and Treatments, I was
15 told by the Eye Doctor that possible mo-
16 re Future Surgeries might be needed.
17 due to aggravated side medical problems
18 that might/will Appear to correct my vision
19 to a better condition, my eye Sight dimi-
20 nished severely due to this injury, including
21 permanent Loss of partial vision, Cataratis
22 Headaches, and Eye pains, due to the eye
23 pressure after this painful injury Surgery,
24 that was required. Plaintiff now Suffers from
25 Scarrings, Eye and heaches, Double Vision, Flo-
26 atters or Stains that appear regulary and
27 bother my View, ineptly consequences conveyed
28 after this, Other physical injuries also occured

9 of 21

JOSE ARTEAGA
V29993

**Unit:** MCSP A 005 1 - **Room:** 111 - **Bed:** 111001L

**YOUR 8/22/2022 BLOOD TEST RESULTS HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:**

Your test results are essentially within normal limits or are unchanged and no provider follow-up is required.

Vang, Kao P&S

Sincerely,

California Correctional Health Care Services

Name: ARTEAGA, JOSE OSVALDO          Page 1 of 1          DOB: 09/09/81

1. Such as trauma, abrasios, bruises and knots.
2. Furthermore mental anguish, phycologi-
3. cal trauma such as increase of (P.T.S.D),
4. and other disorders requiring future
5. phycological Treatments.
6.       After Plaintiff was transported back to
7. the prison from the hospital, he was then
8. placed in (A.S.U) Administrative segre-
9. gational unit and again wrongfully
10. charged with further battery of peace of-
11. ficers (false charges) since medical re-
12. fused to clear me to be transfer-
13. ed to (S.V.S.P) another prison, becau-
14. se custody made an intent to trans-
15. fered me on February-13-2022, a day
16. after this incident to get rid of the
17. problem or sweep under the rug the
18. assaulted on Plaintiff, and by doing this
19. been able to cover up the assault, but
20. medical refused to be a part in this
21. and due to Plaintiff's bad injuries con-
22. ditions since he was still bleeding from
23. his nose, refused to clear the inmate
24. to be clear for travel or transfer
25. in that shape, although Plaintiff did
26. agreed to being transfered to aboid
27. further retaliation or issue's with
28. this prison's custody, but this didn't

10. of. 21

JOSE ARTEAGA
V29993

**Unit:** MCSP A 005 1 - **Room:** 111 - **Bed:** 111001L

**YOUR 8/22/2022 URINE TEST RESULTS HAVE BEEN EVALUATED AND THE FOLLOWING HAS BEEN DETERMINED:**

Your urine test results will be discussed at your follow-up appointment. You will be receiving a ducat indicating your appointment time.

Vang, Kao P&S

Sincerely,

California Correctional Health Care Services

1. help and he was LEFT in (AD-SEG) charged
2. with (3) DIFFERENT False BaTTeRies, FOR a
3. period of about 8-MonThs and suffering
4. From Painful, TourTurous, Constant
5. ReTaLiaTORY PRacTices by the Then
6. CoRRecTionaL OFFiceR's ResPonSible FoR
7. Passing our STaTe MeaLS, housing Segre-
8. gated InmaTeS and aLso The STaFF who
9. are ResPonSible FoR giving This PRiso
10. nerS MedicaL aTTenTion. PlainTiFF was
11. conTinueSLy geTTing Sick and iLL FROM
12. The STaTe Food given To him by CusTody
13. which he would RePORT This To Medical
14. STaFF in vain, Since They would igno
15. Red any (7362)- RegaRding geTTing Sick
16. FROM The MeaL'S, (7362'S are MedicaL Fo-
17. RMs, code in CDC-R) PLainTiFF developed a
18. Rash all over his body and was Taken To
19. a DeRmaTholy DocToR, due To The pain
20. Ful Rash and LoSS oF hair he enduRed,he
21. was FoRced To undeRgo and SuFFeR From
22. SToMach painS, headaches, InTeSTinal
23. painS Such's Liver pain, Kidney pains
24. all chemical conTaminaTiouS, ReacTionS
25. Medical would acT as iF This was noT happening,
26. PlainTiFF only eFFecTive medicine would
27. be VomiTTing (Throwing-UP) by FoR cing
28. himseLF To do This,he will only feel beTTer

1. After getting all the food back out by force.
2. Plaintiff, stop consuming alot of this
3. meals and was forced to purchase the
4. food to keep him alive, from the canteen
5. prison store, Plaintiff was not aware how long he
6. would be housed in this Administrative
7. Segregation and was hoping that
8. his only money on his account at the
9. time wouldn't run out, therefore
10. when Plaintiff was ordered to pay
11. a court fee for a (42 U.S.C §1983) he
12. previously filed he was unabled to do
13. so for to be cautious on not to run out of mo-
14. ney while being in AD-seg, for an undeter-
15. minate, unknown time so that plaintiff
16. can be able to purchase his survival needed
17. food while being there and he wasen't abled
18. to make the courts aware at the time
19. for the fear of continuing and woresse-
20. ning situation or retaliation. Plaintiff com-
21. plaint was dismissed without prejudice
22. for not being abled to pay the court
23. fees requested and was forced to wa-
24. it for a better time to file the §1983
25. motion. On 2-19-2019, Plaintiff filed the
26. required grievance in regards to the
27. excessive used of force for this instance
28. complaint, in a good faith effort to exha-

12 of 21

1. austed the Administrative Remedies available
2. But plaintiffs, Grievance was lost by cus-
3. tody in an effort to prevent his Grievance
4. to go forward with the facts and to be
5. prevented from properly been exhaust-
6. ed, plaintiff filed a CDC 602 Grievance se-
7. parately regarding the lost or mis-
8. placement of the excessive use of fo-
9. rce Grievance not making it to its des-
10. tiny, "conviniently for defendants but
11. plaintiff made a copy prior to sending
12. out the Grievance and also officer Gar-
13. cia picking up mail on 2-13-2019, si-
14. gned a CDC-22, acknowledging that he was
15. picking up this mail Grievance (see
16. attached as Exhibit 5) so that I can
17. have prove in the future if this was
18. to happened that which it did, this
19. proves that custody were working
20. together in an effort to censored
21. the incident and the complaint. plaintiff
22. incorporates in to this law suit for
23. retaliatory practices of handing out
24. meals that where bad to my health
25. as John Does till I am abled to
26. Idetify all the officers that we-
27. re responsible for feeding me from
28. the second day I arrived to AD-Seg, till

13.of.21

JOSE ARTEAGA
V29993


Your blood test results from 07/01/2022 are essentially within normal limits.



Aggarwal, Gaurav P & S

Sincerely,

California Correctional Health Care Services

1  up to the last day I was housed in this Adminis-
2  trative segregation unit in (C.S.P). Due to
3  the cruel and continuesly retaliatory
4  practice's against Plaintiff he was
5  then forced to file a petition for a
6  writ of Habeas Corpus as a desperated
7  intent to make them stop the abuses
8  mistreatment of them tampering with
9  petitioner's state meal's, he was cons-
10 titutionally entitled to, but even this
11 request for Justice did not stoped the
12 mistreatment, the abuses continued
13 with all the freedom an impunity pos-
14 sible without any regards of prison's
15 Rules, humanity suffering or conseque-
16 nces to prison's policy violations.
17 Althought Plaintiff did file a CDC-602-Co-
18 mplaint it didn't worked to stop the con-
19 stant retaliatory practices. (See attached
20 copy of writ of Habeas Corpus No.19W-
21 0110B. Plaintiff Filed As Exhibit #3)
22 The incorporated here (11) of defendants
23 as John Doe, will remain unknow
24 till Plaintiff is able to Identify
25 them throught future Discoveries
26 request accordingly I am entitled
27 to obtain their Identidy based on
28 public Records Rights.

14. of. 21

1. PlainTiFF is aTTaching hereTo To This
2. COMplainT as ExHibiT # 2  The Der-
3. MaToLy REPORT I RequesTED afTER
4. I was Taken To See a DerMaTology
5. due To the Rashes and bald Spots
6. MY body ReacTED To the chemicals
7. ThaT where making me Sick while
8. I was in AdminiSTRaTive Segre-
9. gaTion and being Feed /given the
10. COnTaminaTed food /Meals.
11.    I'm also aTTaching (59) 7362's
12. CDC-R, Medical RequeST FORMS co-
13. pies as prove thaT I was consTan-
14. Tly RequesTing For Medica aTTenTi-
15. on aS RequiRED, PROToCol throught
16. This Medical InsTiTuTional FORMS
17. BuT wiThouT any POSiTive ResulTs
18. Towards gaining effecTive adequa-
19. te Medical TreaTmenT For The
20. COnSTanT Sickness afTer COMSuming
21. This bad Meals. AlThoughT I ex-
22. pressively made Them aware COnST-
23. anTly of The problem, See The
24. aTTached (7362-Medical RequesT
25. FORMS), as ExHibiT # 6. MY COnsTanT RequesT
26. For Medical Care abouT COnTaminaTed STaTe Fo-
27. od Sickening ReacTions where ignoRED and also
28. incORPoRaTe (3) AddiTional DefendanTs as John Does.

<center>15 of 21</center>

Count 2: The following civil right has been violated: *Eighth Amendment Right to Freedom from cruel and unusual Punishment / Reasonably Adequate medical Care.*

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

*Please See.. Exhibit #7*

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 2-12-19 after Being assaulted At the hands of Correctional officers at CSP-Corcoran, the Plaintiff was transported (Code 3 urgent) to Adventist Health in Bakersfield. Defendant Manish N Amin was the attending Physician (see Exhibit A). From the moment the Plaintiff Arrived At the Hospital two things Became Clear Right away. First ~~these~~ Hospital Staff seemed to be in a hurry to Be Rid of the Plaintiff, showing very little interest in what the Plaintiff had to Say. The Second thing that became clear immediately was that the escorting Correctional Staff was going to everything they could to push their Narrative as to what happened to the Plaintiff, And Sadly hospital Staff Seemed to be taking their word over that of the Plaintiffs. Plaintiffs whole time at the hospital amounted to (See Exhibit H) 1 hour and 27 minutes, which is ridiculous when considering that head trauma and a Facial Fracture were involved. There is no way that a Normal Patient from the free world would have ever been rushed along and dismissed as the plaintiff was, At the very least patient (Plaintiff) Should have been placed on observation to ensure Plaintiff (who has a history of Seizures) didn't have an episode. It is the plaintiffs Contention that the halfhearted care that he received from the defendant. is A major contributing factor in his continued problem with his eye and Need for ongoing medical care in regards to said eye. Doctors have an Obligation ~~and~~ to provide every patient they Examine with the Best and most thorough medical care possible, regardless of A patients Social Status, Race, Sexual orientation etc. etc. The Defendant Failed to live up to this obligation and the plaintiff is suffering today as a result of it, requiring ~~eye~~ surgery and other possible surgeries in the Future to correct his vison (But Permanent Partial visi- on Lost as a Result.) For the Lack of adequate medical care.

16 OF. 21

Count 3: The following civil right has been violated: Eighth Amendment Right To Freedom
(E.g., right to medical care, access to courts,
From cruel and unusual punishment / Right To unbiased medical care.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

please see Exhibit #8

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

On 2-12-19 After the Plaintiff was assaulted by numerous correctional officers and even struck in the head and facial area with a metal baton, he was transported to JTA. The Defendant Edgar Clark showed a lack of professionalism as well as a clear desire to change the narrative of what really happened to the Plaintiff by attempting to paint the plaintiff in a bad light (see Exhibit 8 doc). First the defendant tries to diminish the injuries that the plaintiff had suffered by not documenting everything that the plaintiff had told him In his report The Defendant makes assuming assertions such as inability to test the plaintiffs vision due to his injuries (namely the laceration to his head). Defendant very easily could have checked for signs of concussion as well as the state of the plaintiffs vision. At one point in his report The Defendant notes that the Plaintiffs heart rate is 120 (normal for someone who was just assaulted) The defendant states that the elevated heart rate may be related to excitement or Amphetamines!?!. This last statement is a clear case of medical staff trying to protect custody staff (correctional officers). The Defendant simply pulled this theory out of thin air as there is no evidence to suggest let alone support the claim. This was a slanderous attempt to cast a cloud of dispersion upon the Plaintiff to call into question his state of mind. In a real world setting making baseless accusations in such a report would have swift and harsh repercussions. unfortunately this is the norm within the CDCR. Custody staff exerts leverage over medical staff to get them to turn a blind eye to certain incidents or to falsify paperwork. It is a problem that inmates have been talking about for a long time only to have our claims fall on deaf ears. that continues the injustices due to the impunity and mistreatments, that constitutes cruel and unusual punishments.

ALSO Exhibit 8 see injuries Medical Report

17 — OF 21

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

PLaintiF Jose O. Arteaga as PRO-se in This case, seeks Redress To vindicate and deter OFFicials Misconduct under COLOR OF STATE Law That Results in To compensatory Constitutional deprivation under -42, U. S. C (1983) which is a Suitable vehicle.

PLaintiFF SuFFered From many months oF pains and SuFFerings including Mental anguish, creating Permanent Damaged.
This is MY Request FOR RelieF:

AS FOLLOWS:
Therefore PLaintiFF RespectFully Prays;

(1). That This HonoRable court issues Summons;

(2). Declare The Rights and meRits OF PLaintiFF;

(3). Award tRial by JuRy;

**E. REQUEST FOR RELIEF**

State the relief you are seeking: ④ Award compensatory damages in the total amount of $5,000,000.00 (Five Million Dollars)
⑤. Award punitive damages; As decide by the court, or jury.
⑥. Grant Recovery of legal court fees;
⑦. And please grant any other Relief This court deems proper and necessary.

I am over the age of (18) and under the laws of california

I declare under penalty of perjury that the foregoing is true and correct.

Executed on SEP. - 30 - 2022

_____
DATE

_____
SIGNATURE OF PLAINTIFF

_____ N/A _____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)    N/A

_____

_____

_____
(Attorney's address & telephone number)


**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

19 of 21



EXHIBIT
# 1
_____
12 - Page'S


Exhibit # 1

**AMENDED**

C-FILE COPY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: COR | Log #: 19-4194 | Category: 7 |
|---|---|---|---|

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Jose Arteaga | CDC Number: V29993 | Unit/Cell Number: G #174 | Assignment: A.S.U |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
Excessive Use of Force / Staff Complaint on c/o Arfugate & c/o J. Garcia

A. Explain your issue (if you need more space, use Section A of the CDCR 602-A): On February 12-19
Around Morning time after breakfast I was told by 4A-2L
officers that I was getting charged with Battery on officer
Neve and that for this I was getting moved to this Ad-seg

B. Action requested (if you need more space, use Section B of the CDCR 602-A): I request that A
video tape be made on me to record the injuries as per Title 15.
That an Investigation be made into the facts as to why the
excessive use of force by this two searchting officers. I request

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____
_____
_____

☐ No, I have not attached any supporting documents. Reason : _____

_____
_____
_____

Inmate/Parolee Signature: _____ Date Submitted: Feb/19/19

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

BYPASS

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

| | AC Use Only Date mailed/delivered to appellant ___/___/___ |
|---|---|

**AMENDED**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602 (REV. 03/12)
Side 2

**D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

**BYPASS**

**BYPASS**

Inmate/Parolee Signature: _____   Date Submitted : _____

**E. Second Level - Staff Use Only**                                   Staff – Check One: Is CDCR 602-A Attached?  ☒ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review   **AMENDED**   3/18/20   3/24/20
Assigned to: ISU   Title: SGT   Date Assigned: 7/19/19   Date Due: 8/28/19

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: July 25,19   Interview Location: 5TRH Sergeants office

Your appeal issue is:  ☐ Granted   ☒ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: C Movelock   Title: SGT   Signature: _____   Date completed : 8/13/19

Reviewer: M Gary   Title: CW   Signature: _____

Date received by AC: 8/27/19  Notice of Delay to Inmate   CDW (A)

**AMENDED** letter   3/19/20   | AC Use Only<br>Date mailed/delivered to appellant 4 /03/20 |

**F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation,  P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

INSTEAD

Inmate/Parolee Signature: _____   Date Submitted: _____

**G. Third Level - Staff Use Only**
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
       See attached Third Level response.

| Third Level Use Only<br>Date mailed/delivered to appellant ____ /____ /____ |

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

O ∴ copy∴

STATE OF CALIFORNIA                                                    **AMENDED**
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**     DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR-0602-A  (REV. 03/12)                                                          Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Arteaga Jose | V29993 | G-174 | A.S.U |

A. Continuation of CDCR 602, Section A only (Explain your issue): building to go with the U.S-process
my property was packed from cell #27 and a 1083- Inventory was not given to me, when
I was being scorted by two officers. To Administrative-Seg. and in-after exiting the
gate one of the officers pulled out his batom/metal object and hit me on the top of my
head almost making me loose consience, then both officers pushed me to the concrete
floor with force and started kicking me on the head on the face on my neck and
shoulder my head was leaking blood profusely, all this happened while I was being
scorted with my hands handcuffed behind my back. The Alarm was activated and a
bunch of officers showed up and witnessed seen me laying down on the floor blee-
ding from the blow on my head and nose I was then taken to T.T.A by Medical staff
in an ambulance and then taken to the out side hospital where I was given (M.R.I)
X-ray's and diagnosed with a left eye socket fracture, head concussion that requi-
red several around (4) staple stiches on my head due to the blow and kicks; I further
suffered a left black eye, is now visible, a bloody nose a kicked on the side of
my head, face and other blows on other parts of my head since other parts
of my head were bleeding also. A video tape was not made of my injuries and a
proper, 7219-was not made to record all my injuries, my neck, my back and
my right shoulder and head are on severe pain due to this injuries. I
also have scrapes on my legs and jaw pains

| Inmate/Parolee Signature: | Date Submitted: Feb-19-19 |
|---|---|

NSC

B. Continuation of CDCR 602, Section B only (Action requested): For help identifying the names of the two
scortting officers that use the excessive force against me, since after
the blow on my head with that metal object I suffered a type of memory
lost and increased P.T.S.D- (I can'not recall this two officers
names) I request be scortted by a sargeant every time I come out
of my cell to prevent this from happening again when I'm being
scortted on handcuffs. My glasses were bended when they felled from
my face in this incident and then confiscated I request my glasses be
given back to me, thank you. I request As per D.O.M- Section 510-
20.17.3 to be set forth.

| Inmate/Parolee Signature: | Date Submitted: Feb-19-2019 |
|---|---|

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*Thursday, June 27, 2019*

*ARTEAGA, V29993*
*Z 001G1174001L*

STAFF COMPLAINTS, , 06/25/2019
Log Number: CSPC-7-19-04194
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is</u>
<u>subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15,*
*Section (CCR) 3084.6(c)(4). Time limits for submitting the appeal are exceeded even though*
*you had the opportunity to submit within the prescribed time constraints.*

*Your appeal is dated 02/19/2019. You are attempting to appeal an issue which you became*
*aware of on 02/12/2019. Your appeal was not received in COR IAO until 06/25/2019 outside*
*of time constraints. Therefore this appeal is cancelled. Your allegation will be assigned for*
*review outside of the Appeal Process via an inquiry or investigation.*

☐ J. Ceballos, CCII Appeals Coordinator
☐ C. Brown, SCR LT
☐ D. Goree Jr, CCII Appeals Coordinator
☐ K. Field, AGPA
Appeals Coordinator
Corcoran State Prison

please Forward:
My (S.C.) STaFF Complaint as a "Timely cDc-602, FoR The Following Reason:
NOTE: If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.
on 2-19-19 oFFiceR GaRcia Signed and Dated The aTTached cDc-22
FoRm copy pRoving ThaT I DiD Gaved Him This excessive use Force
(S.C.) STaFF Complaint on 2-19-19. Proving ThaT My appeal (S.C.) was Forward
To The appeals coordinaTor on Time. FuRTher more on 3/7/19 - I've submiTTed
This same (S.C.) 602 To appeals chieF aT Sacramento and aGain on aRound 5/10/.  TL R#
Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and   1903147
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a   AlSo see
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if   aTTached
the appeal on the cancellation is granted.   cDc-2.2
<u>NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED</u>   DaTeD 6/24
                                                                                     c-sectio/

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM _____ TO _____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL:  ADDRESSED TO.                                            DATE MAILED:
*☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES    NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON    BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED. |
|---|---|---|---|

Distribution: Original - Returned to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy (optional)

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*Thursday, June 27, 2019*

174

*ARTEAGA, V29993*
Z 001G1174001L

STAFF COMPLAINTS, , 06/25/2019
Log Number: CSPC-7-19-04194
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(c)(4). Time limits for submitting the appeal are exceeded even though
you had the opportunity to submit within the prescribed time constraints.*

*Your appeal is dated 02/19/2019. You are attempting to appeal an issue which you became
aware of on 02/12/2019. Your appeal was not received in COR IAO until 06/25/2019 outside
of time constraints. Therefore this appeal is cancelled. Your allegation will be assigned for
review outside of the Appeal Process via an inquiry or investigation.*

☐ J. Ceballos, CCII Appeals Coordinator
☐ C. Brown, SCR LT
☒ D. Goree Jr, CCII Appeals Coordinator
☐ K. Field, AGPA
Appeals Coordinator
Corcoran State Prison

I Request that as Per DOM. Section 51C-20.17.3, be se
Forth
Please process My Appeal Dated 2/19/19 as Timely an Investigation
needs To be made inTo The FacTs and ask For a Video Tape. To be made
due to the excessive use of force
NOTE: If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
On Feb 19-19, Appellant placed the attached CSPC-7-19-04194
complaint on c/o Garcia (Ad-seg c/o) hands For Processing To
the Appeals coordinator c/o Garcia Signed and Dated The attached
CDC-22-Form. Proving That My complaint was Filed on Time on 2/19/1

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

174

Asu

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Arteaga | Jose | V29993 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 174 | ASU | | Unanswer 602 |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:
CSP-Appeals Coordinator. On February-19-19 I've Filed a 602
Staff Complaint. But as of this date I havent Receive
an answer NOR a Log number. Please provide me
the Log # or the reason why it hasent being answer?
On May 4-2019 I Sent this Complaint to Appeal Chief at Sac-
rameNto, On May 20-19 - He, T. Ramos, Chief Sent Me this TLR #
1903147. I am inclosing Today To you this 2/19/19 - 602 Copy.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☐ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: 6-24-19
☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: 10/04/19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: Appeal's Coordinator | DATE DELIVERED/MAILED: 10/04/19 | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: J Gomez | DATE: 10/27/19 | SIGNATURE: | DATE RETURNED: 10/27/19 |
|---|---|---|---|

Appeal Dated 2/19/19 was received in the IAO. See Attached
CDCR 1065 Dated 10/27/19

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENTS SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.
Appellant should not be Punished or Held Resposible when officer's Lose/Mishand
led CDC-602's. The 6/27/19 Screening Log# CSPC-7-19-04194(I am aTTaching a CDC-22 Da
Ted 2/19/19 Copy) should be process "As Timely" On Feb 19-19 I gaved AD-Seg S/o Garcia
The staff complaint (S.C-Appeal) in which he signed the CDC-22 ATTached here To
Proving That I did Submitted this 2-19-19 "Excessive use of Force" S.C-602
complaint on 2-19-19 and ON Time. I'm inclosing also a Signed CDC-1858, Form

| SIGNATURE: Arteaga J. | DATE/SIGNATURE: July 4 /19 /with S/o | I Forwarded |
|---|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): J Cordanes | DATE: 7/11/19 | SIGNATURE: | DATE RETURNED: 7/11/19 |
|---|---|---|---|

If you are attempting to resubmit an appeal
for review you need to attach the appeal
for review.

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858  (Rev. 10/06)

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer]  **FOR ANY IMPROPER POLICE**  [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE.  THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY.   CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

TLR# 1903147      Log# CSPC-7-19-04194

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |   |
|---|---|---|---|
| Jose Arteaga | *[signature]* | 2-19-19 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| Jose Arteaga | *[signature]* | V29993 | 2-19-19 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

ATTACHMENT A (Rev. 9/08)

**EFFECTIVE COMMUNICATION DETERMINATION FOR FORMAL LEVEL
CDC 602 INMATE/PAROLEE APPEAL**

Inmate _Arteaga_    CDC# _U29993_    Appeal Log# _CSPc-7-19-04194_

☐ Test of Adult Basic Education (TABE) <u>above</u> 4.0 (provide RGPL _5.2_ / verify
source if other than RGPL _SolnS_ )

☐ Test of Adult Basic Education (TABE) <u>below</u> 4.0 (provide RGPL _____)

☐ Learning Disability (LD)

☐ Non-English speaking

<u>* All first level responses must indicate whether inmate does or does not require
effective communication. If RGPL is 4.0 or below, first level responder must also
identify how Effective Communication was established within response.</u>

_____    _SGT_    _8/13/19_
Staff Signature               Title         Date

_C Morelock_
Print Name

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

State of California

Attachment E-1
Department of Corrections and Rehabilitation

# Memorandum

Date : August 22, 2019

To : Jose Arteaga, V29993
STRH, 174L
CSP-Corcoran

Subject: **STAFF COMPLAINT RESPONSE - APPEAL # CSPC-7-19-04194/COR-2140-19-271**
***SECOND* LEVEL RESPONSE**

**APPEAL ISSUE:** You allege, on the morning of February 12, 2019, you were informed you were being charged for "Battery on a Peace Officer" therefore, requiring a housing change from Facility 4A, Building 4A2L, to the Short Term Restricted Housing (STRH) Unit. You contend while you were under escort and exiting Facility 4A through the yard gate an Officer pulled out his baton/metal object and struck you on the top of your head, which nearly caused you to lose consciousness. You contend after you were struck on the top of your head, both Officers forced you to the concrete floor and began to simultaneously kick you in the face, head, neck, and shoulder areas causing your head to bleed profusely. You contend you were in restraints with your hands behind your back while you were struck on the top of your head and taken to the ground. You further contend an alarm was activated and staff witnessed you lying on the ground bleeding form your head and nose. You stated you were taken to the Correctional Treatment Center (CTC) and subsequently sent to an outside hospital, where you received an X-Ray and diagnosed with a left eye socket fracture, concussion, and received four (4) staples to your head area. You further contend you did not receive a videotaped interview to record your injuries because of this incident nor did you receive a Medical Report of Injury or Unusual Occurrence, CDCR-7219 on the same day of the incident but rather several weeks after the fact.

All issues unrelated to the allegation of staff misconduct must be appealed separately and will not be addressed in this response. You do not exhaust administrative remedies on any unrelated issue not covered in this response or concerning any staff member not identified by you in this complaint. If you are unable to name all involved staff you may request assistance in establishing their identity.

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct, Unnecessary/Excessive Use of Force presented in the written complaint has been completed. Based upon this review your appeal is being processed as an Appeal Inquiry.

Inmate Arteaga, on July 25, 2019, you were interviewed by Correctional Sergeant C. Morelock regarding the allegations reported via California Department of

Exhibit E - 82. 83

Template Date 4/4/2012                                            Attachment E-1

Page 2

Corrections and Rehabilitation (CDCR), Inmate/Parolee Appeal CDCR 602. On the aforementioned date a Videotaped interview was also conducted regarding your allegations of staff misconduct, Unnecessary/Excessive Use of Force. During the interview, you stated you did not receive a Medical Report of Injury or Unusual Occurrence, CDCR-7219 on the same day of the incident but rather several weeks after the fact. You stated you received injuries to your head, face, shoulder and legs. You stated you were being escorted from 4A to Administrative Segregation for a Battery on a Peace Officer. You stated while being escorted through the vehicle gate an unknown Officer opened the gate and Officer Fugate and Officer Garcia began to escort you through the gate. You contend you observed Officer Garcia jerk his hand and you felt a pain to your head. You contend you almost fainted and were grabbed and thrown to the ground. You contend once you were on the ground you felt you were being kicked and maybe punched and were trying not to lose consciousness and stay strong. You contend you were bleeding and you heard one of the Officers say, "Go ahead and hit your alarm". You contend several Officers showed up and saw you on the floor. You contend you were taken to the Correctional Treatment Center (CTC) where the Doctor stated, "You were hit on your head, right". You contend you were taken to an outside hospital where you received a CAT scan, which revealed a fracture to your left eye and received metal staples to your head. You stated you could not identify any staff or inmate witnesses to the allegations made.

**Your appeal is PARTIALLY GRANTED in that:**

➢ The **Appeal inquiry** is complete.

The following witnesses were interviewed; Correctional Officer(s) A. Fugate, J. Garcia, M. Rodriguez and Sergeant D. Childress.

The following information was reviewed as a result of your allegations of staff misconduct: CDCR 602 authored by you dated February 19, 2019, Crime/Incident Report COR-04A-19-02-0171, Use of Force Critique, SBI Chrono, Inmate Interview for SBI 3013/3014, CDCR 7219's and Evidence Photographs.

Staff: *did* ☒ *did not* ☐ violate CDCR policy with respect to one or more of the issues appealed.

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.

- As such, the details of any inquiry will not be shared with staff, members of the public, or offender appellants.
- Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. A variety of personnel actions may be initiated by the Department based upon the

Appeal Log No: CSPC-7-19-04194, COR-2140-19-271

Template Date 4/4/2012

Page 3

content of your complaint and the outcome of any investigation or inquiry conducted as a result of your complaint.

- Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process.

If you wish to appeal the decision and/or exhaust administrative remedies, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's/Third Level of Review. Once a decision has been rendered at the Third Level, administrative remedies will be considered exhausted.

Print: _C Movelock_____ Sign: _____ Date: _8/22/19_
Interviewer

Print: _M. Garcia_____ Sign: _____ Date: _8/22/18_
Hiring Authority

Appeal Log No: CSPC-7-19-04194, COR-2140-19-271

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date   :   March 18, 2020

To     :   Arteaga, V29993
           A003 1-002001L
           California State Prison-Sacramento

Subject:   **STAFF COMPLAINT RESPONSE - APPEAL # CSPC-7-19-04194 *SECOND* LEVEL RESPONSE.  (COR-2140-19-271)  AMENDED**

**APPEAL ISSUE:** You allege, on the morning of February 12, 2019, you were informed you were being charged for "Battery on a Peace Officer" therefore, requiring a housing change from Facility 4A, Building 4A2L, to the Short Term Restricted Housing (STRH) Unit.  You contend while you were under escort and exiting Facility 4A through the yard gate an Officer pulled out his baton/metal object and struck you on the top of your head, which nearly caused you to lose consciousness.  You contend after you were struck on the top of your head, both Officers forced you to the concrete floor and began to simultaneously kick you in the face, head, neck, and shoulder areas causing your head to bleed profusely.  You contend you were in restraints with your hands behind your back while you were struck on the top of your head and taken to the ground.  You further contend an alarm was activated and staff witnessed you lying on the ground bleeding form your head and nose.  You stated you were taken to the Correctional Treatment Center (CTC) and subsequently sent to an outside hospital, where you receive an X-Ray and diagnosed with a left eye socket fracture, concussion, and received four (4) staples to your head area.  You further contend you did not receive a videotaped interview to record your injuries because of this incident nor did you receive a Medical Report of Injury or Unusual Occurrence, CDCR-7219 on the same day of the incident but rather several weeks after the fact.

All issues unrelated to the allegation of staff misconduct must be appealed separately and will not be addressed in this response.  You do not exhaust administrative remedies on any unrelated issue not covered in this response or concerning any staff member not identified by you in this complaint.  If you are unable to name all involved staff you may request assistance in establishing their identity.

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal is:

➢  Being processed as an Appeal Inquiry.

Inmate Arteaga, on July 25, 2019, you were interviewed by Correctional Sergeant C. Morelock regarding the allegations reported via California Department of Corrections and Rehabilitations (CDCR), Inmate/Parole Appeal CDCR 602.  On the aforementioned date, a Videotaped interview was also conducted regarding your allegations of staff misconduct, Unnecessary/Excessive Use of Force.

Exhibit

During the interview, you stated you did not receive a Medical Report of Injury or Unusual Occurrence, CDCR-7219 on the same day of the incident but rather several weeks after the fact. You stated you received injuries to your head, face, shoulder and legs. You stated you were being escorted from 4A to Administrative Segregation for a Battery on a Peace Officer. You stated while being escorted through the vehicle gate an unknown Officer opened the gate and Officer Fugate and Officer Garcia began to escort you through the gate. You contend you observed Officer Garcia jerk his hand and you felt pain to your head. You contend you almost fainted and were grabbed and thrown to the ground. You Contend once you were on the ground you felt you were being kicked and maybe punched and were trying not to lose consciousness and stay strong. You contend you were bleeding and you heard one of the Officers say, "Go ahead and hit your alarm". You contend several Officers showed up and saw you on the floor. You contend you were taken to the Correctional Treatment Center (CTC) where the Doctor stated, "You were hit on the head, right". You contend you were taken to an outside hospital where you received a CAT scan, which revealed a fracture to your left eye and received metal staples to your head. You stated you could not identify any staff or inmate witnesses to the allegations made.

**EFFECTIVE COMMUNICATION:** A review of the Disability and Effective Communication System (DECS) reveals you have a Test of Adult Basic Education (TABE) score of 5.2. You do not have a documented disability which requires special accommodation to achieve effective communication.

**Your appeal is PARTIALLY GRANTED in that:**

> The **Appeal inquiry** is has been reviewed and all issues were adequately addressed.
The following witness (es) were questioned: See original E-1 dated August 22, 2019.
Staff: *did* ☐ *did not* ☒ violate CDCR policy with respect to one or more of the issues appealed.

*— CONTRADICTION= STaFF DiD ViOLaTED POLicY*

ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE.
- As such, the details of any inquiry will not be shared with staff, members of the public, or offender appellants.
- Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process. A variety of personnel actions may be initiated by the Department based upon the content of your complaint and the outcome of any investigation or inquiry conducted as a result of your complaint.
- Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process.

Appeal Log No: CSPC-7-19-04194 / COR-2140-19-271

*EXhiBiT E*
*(2 of 8)*

If you wish to appeal the decision and/or exhaust administrative remedies, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Secretary's/Third Level of Review. Once a decision has been rendered at the Third Level, administrative remedies will be considered exhausted.

**The Institutional Executive Review Committee reviewed the allegations contained within the appeal, Policy was not violated and no further action is necessary.**

Print:_____ Sign:_____ Date: 3/18/20
       Interviewer/Reviewer

Print:_____ Sign:_____ Date: 3/19/20
       Hiring Authority

EXhIBit E
Pg 30f 3

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF APPEALS**
P.O. BOX 942883
SACRAMENTO, CA 94283-0001



## OFFICE OF APPEALS (THIRD LEVEL) DECISION

Date: March 22, 2021

In re:   Arteaga, Jose CDC# V29993
      SAC

                                       TLR Case No.: 2007629
                                   Local Log No.: COR-19-04194

### I.  ISSUE ON APPEAL:

It is the appellant's position that he was subjected to excessive force by COR staff. The appellant argues that on February 12, 2019, while being escorted to the Short Term Restricted Housing Unit following a Battery on a Peace Officer incident, the yard gate CO pulled out a metal baton and struck him on the top of his head causing him to go unconscious. The appellant claims that at this point staff forced him to the floor and simultaneously kicked him in the face, head, neck, and shoulders causing profuse bleeding. The appellant adds that he was in restrains while being beat by staff. The appellant alleges that due to an alarm being sounded several staff witnessed him in blood from head to nose. The appellant indicates that he was taken to the local medical facility and then had to be taken to an outside medical hospital due to the seriousness of his injuries that included a left eye socket fracture and the need for four staples to his head. The appellant insists that due to the severity of this injuries staff did not video tape the incident. The appellant requests that a video interview be conducted reporting his injuries and the circumstances of this appeal, that the names of the two officers involved be identified, that he (the appellant) be escorted by the on duty sergeant when he is released from his cell to ensure safety and that his glasses that were damaged during the incident be replaced.

### II.  RULES AND REFERENCES:

#### A.  CONTROLLING AUTHORITY:

- California Code of Regulations, Title 15, (CCR) 3001
- California Code of Regulations, Title 15, (CCR) 3084.1
- California Code of Regulations, Title 15, (CCR) 3270
- California Code of Regulations, Title 15, (CCR) 3291

#### B.  DOCUMENTS CONSIDERED:

- CDCR 602 Appeal Form Log No.: COR-19-04194
- CDCR Staff Complaint Second Level Appeal Response dated March 18, 2020.
- Confidential Inquiry attachment "C" completed by Correctional Counselor II J. Ceballos dated March 18, 2020.
- Use of Force review dated August 14, 2019 approved by Warden J. Juarez.

### III. REASONING AND DECISION: DENIED

It is the order of the Office of Appeals that the appeal at the Third Level of Review is **DENIED.** This decision exhausts the administrative remedies available to the appellant within the California the Department of Corrections and Rehabilitation. More specifically, The TLR reviewed the confidential

Exhibit 1 — 1

Page 2 of 2

inquiry and Executive Use of Force Report and concurs and notes that staff did violate policy. The TLR notes that, while the appellant has the right to submit an appeal as a staff complaint, requests for: administrative action regarding staff; the placement of documentation in a staff member's personnel file; to reprimand staff; to remove staff from a position; and/or requests for monetary compensation are beyond the scope of the appeals process. The TLR finds the institution's response complies with departmental policy, and the appellant's staff complaint allegations were properly addressed. Given the aforementioned, no action is required by this level of review.

**IV. REMEDY:** Your appeal has been denied, therefore there is no applicable remedy.

D. Artis, Appeals Examiner
Office of Appeals
cc: COR/SAC Grievance Coordinator,

Exhibit- 6 .2 OF.2

# EXHIBIT -2

3 - PaGe's

DeRMaTOLoGY
RePoRT

(EXHibiT #2)-

7055 North Fresno St, Suite 310
Fresno, CA 93720
**T** (559) 446-0285
**F** (559) 446-1646
raodermatology.com

**RAO DERMATOLOGY**

| | | | |
|---|---|---|---|
| **Patient:** | Jose Arteaga | **ID:** | 148981 |
| **DOB:** | 09-09-1981 | **DOS:** | 09-03-2019 |

37 year(s) years old Male patient, Jose Arteaga was seen on 09-03-2019 as a new patient

### History of Present Illness

**Rash X 8 Months**
Patient presents with a rash located on the scalp, abdomen, chest, groin and legs. The rash is getting worse. It is itchy. Past treatment includes hydrocortisone cream.
The patient denies recent illness or new medication/supplement. No family members are affected.
Per pt hydrocortison hasn't help.

**Hair Loss X 4 Years**
Patient presents with hair loss that has been present for weeks and is getting worse. Past treatments include topical and none.
Patient denies recent acute illness, dandruff, associated pain or pruritus, history of tight hair styles and extreme diets. Patient denies personal and family history of alopecia, thyroid disease and anemia.
Per pt in the last 8 months he's noticed more bald spots. Per pt he used the topical x 3 months on and off and didn't noticed a change.

**Nail disorder**
Patient presents with nail changes. The nail changes are getting worse. Affected nails are asymptomatic. Past treatment includes none.

**Medical Hx**
Skin:
No skin cancer (non melanoma) , No melanoma and No psoriasis
hepatitis C, No asthma, No HIV, No hepatitis B and No organ tranplant
alopecia, Epilepsy, Backaches, posttraumatic stress disorder, antisocial personality

**Surgical Hx**
No pacemaker
Appendicitis

**Family Hx**
Family history:
No eczema, No skin cancer (non melanoma) , No melanoma and No psoriasis

**Social Hx**
alcohol consumption former and drug use former
Occupation: Incarcerated
Smoking: Former smoker

2 - A

HIPAA Privacy Policy: information contained within this document is confidential and private which can not be distributed without prior consent from patient.
User: grisel (32084) Patient Id: 148981



7055 North Fresno St, Suite 310
Fresno, CA 93720

**T** (559) 446-0285

**F** (559) 446-1646

raodermatology.com

**RAO DERMATOLOGY**

**Allergies**
No Known Drug Allergy

**Current Medications**
- Loratadine
- Levetiracetam

**Review Of System**

**Skin**

Note: see HPI

**General**
No fever, No chills and No sweats

History was provided by the patient.

**Examination**

**Lichen Planus**
Quantity:multiple
Primary lesion:papules
Secondary lesion:lichenfication
Color:violaceous
Distribution:symmetric
Configuration:grouped

**Alopecia - Areata**
Quantity: numerous
Primary lesion: alopecic patch
Color:skin colored
Follicular ostia:preserved
Hair pull test:Negative hair pull test

**Assessment & Plan**

**Alopecia Areata**
Considering the patient's history and examination, the diagnosis is most consistent with alopecia areata.
Management options were discussed, including: topical and systemic corticosteroids, intralesional corticosteroids, phototherapy.
Risks and benefits of all options were reviewed with pt. PAU.
Patient opted to proceed with the following treatment:
1. Requesting ILK to scalp at follow-up
2. Clobeatsol 0.05% solution. #60G apply to scalp BID x 2 weeks then decrease to BID MON, WED, FRI x 6 additional weeks.



2 - B

HIPAA Privacy Policy: information contained within this document is confidential and private which can not be distributed without prior consent from patient.
User: grisel (32084) Patient Id: 148981

09-3-2019

7055 North Fresno St. Suite 310
Fresno, CA 93720
T (559) 446-0285
F (559) 446-1646
raodermatology.com

RAO DERMATOLOGY

**Lichen Planus**
Considering the patient's history and examination, the diagnosis is most consistent with lichen planus.
Management options were discussed, including: topical steroids, intralesional corticosteroids and systemic therapy.
Risks and benefits of all options were reviewed.
Patient opted to proceed with the following treatment:
1. Bx today
2. TAC 0.1% cream #454G apply to rash BID x 2 weeks then decrease to BID MON, WED, FRI.
3. Light exposure will help with resolution
4. AOCD Lichen planus handout provided.

RTC in 6 weeks for follow-up

**Procedures**

**Biopsy/Excision**

**A. Biopsy**
**Clinical Diagnosis: L43.0 Lichen Planus**
**Location: Right Ant Thigh**

Written and verbal consent was obtained prior to the procedure. After disinfecting the area with alcohol 0.3 ml of 1% lidocaine with epinephrine was administered around the site to provide excellent anesthesia throughout the procedure. Blood loss was minimal. Hemostasis was achieved with Drysol.Tissue was shaved using Number 15 blade. Sample was biopsied using shave method. Specimen was placed in a bottle labeled A # WC19-1081 for pathology. Using Post procedure bacitracin dressing was applied at the wound site and was bandaged. Wound care instructions were given. Patient tolerated the procedure well. Pressure dressing was applied and wound care instructions were given.

Signed by: HOLLY M MILLER, FNP-C on 09-03-2019
**Draft Note**

2 - C

09-3-2019

HIPAA Privacy Policy: information contained within this document is confidential and private which can not be distributed without prior consent from patient.
User: grisel (32084) Patient Id: 148981



EXHiBiT
# 3
5-page'S

19WO110A

# EXHIBIT 03

| SUPERIOR COURT OF THE STATE OF CALIFORNIA **COUNTY OF KINGS** 1640 Kings County Drive  Hanford California  93230 | FOR COURT USE ONLY **CONFORMED COPY** **ORIGINAL FILED ON** **JUN 25 2019** MICHELLE S. MARTINEZ, CLERK OF COURT SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR KINGS _____ DEPUTY |
|---|---|
| IN RE: APPLICATION OF: JOSE O ARTEAGA FOR WRIT OF HABEAS CORPUS | |
| **ACKNOWLEDGMENT OF PETITION FOR WRIT OF HABEAS CORPUS** | CASE NUMBER: 19W-0110A |

This is to acknowledge receipt for your petition, which seeks the Court's attention by way of Habeas Corpus or similar relief.  Your petition was filed on **June 24, 2019** and case number **19W-0110A** assigned.

The Court handling this matter has a full trial schedule and receives many new Habeas Corpus matters each week.  Due to this, the Court believes it is necessary and fair that your matter be given the Court's attention according to the urgency of the relief sought and the priority given to petitions now being handled.  All petitions will be processed in accord with the requirements of California Rules of Court, rule 4.551.  Kings County Superior Court Local Rule 580(D) addresses requests for expedited review.

**It should be noted that effective July 1, 2002 the Court will no longer be endorsing single face sheets of any documents.  If you would like an endorsed copy of your writ please present a copy in its entirety to the Court for endorsement at the time you file your original Petition.**

Dated: **June 25, 2019**

**Michelle S. Martinez**, Clerk of the Court
Kings County Superior Court

MONA AUSTIN
_____
By: **Mona Austin,** Deputy Clerk

**ACKNOWLEDGMENT OF PETITION FOR WRIT OF HABEAS CORPUS**

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA

2    IN AND FOR THE COUNTY OF KINGS

3

4

5

6    In re Application of                              No. 19W0110B

7

8    JOSE ARTEAGA,                                     ORDER RE: PETITION FOR WRIT OF
                                                        HABEAS CORPUS
9

10                      Petitioner,

11

12    for Writ of Habeas Corpus.

13

14        JOSE ARTEAGA ("Petitioner") filed a petition for writ of habeas corpus on July 5,

15    2019 ("petition"). Petitioner alleges that California Department of Corrections and

16    Rehabilitation ("CDCR") officials at Corcoran State Prison ("Respondent") routinely tamper

17    with the packaging on his kosher meals. Petitioner alleges this pattern of tampering began

18    after a disagreement he had with Correctional Officers on or about January 1, 2019.

19    Petitioner claims that after he eats the meals with tampered packaging, he gets headaches,

20    stomach aches, and rashes that are painful to the touch. Petitioner asserts he has

21    attempted to file numerous administrative appeals and sick call forms, only to have the

22    same rejected by Respondent. Petitioner alleges the actions by Respondent violate his

23    First and Eighth Amendment rights.

24        **IT IS HEREBY ORDERED**, Respondent is directed to file an informal response to

25    Petitioner's claims. California Rules of Court, rule 4.551 subdivisions (a)(5) and (b)(2)

26    provide for service of an informal response within fifteen (15) days from the date of an

27    Order for Service of Informal Response and ruling within forty-five (45) days thereafter. It

28    has been the experience of this court, however, that it is rarely possible for an informal

_____

ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS

<div align="center">

1

2

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF KINGS

</div>

CONFORMED COPY
ORIGINAL FILED ON

DEC 0 3 2019

MICHELLE S. MARTINEZ, CLERK OF COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF KINGS

_____ DEPUTY

| | |
|---|---|
| In re Application of | No. 19W0110B |
| JOSE ARTEAGA, | ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS |
| Petitioner, | |
| for Writ of Habeas Corpus. | |

JOSE ARTEAGA ("Petitioner") filed a petition for writ of habeas corpus on July 5, 2019 ("petition"). Petitioner alleges that California Department of Corrections and Rehabilitation ("CDCR") officials at Corcoran State Prison ("Respondent") routinely tamper with the packaging on his kosher meals.  Petitioner alleges this pattern of tampering began after a disagreement he had with Correctional Officers on or about January 1, 2019. Petitioner claims that after he eats the meals with tampered packaging, he gets headaches, stomach aches, and rashes that are painful to the touch. Petitioner asserts he has attempted to file numerous administrative appeals and sick call forms, only to have the same rejected by Respondent. Petitioner alleges the actions by Respondent violate his First and Eighth Amendment rights.

On August 6, 2019, an Order Re: Petition for Writ of Habeas Corpus issued directing Respondent to file an informal response to Petitioner's allegations.  An informal response was filed on September 27, 2019.  Petitioner did not file a reply by the deadline of October 28, 2019, or file a motion for an extension of the same.

<div align="center">

ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS

</div>

EXHiBiT

# 4

2 - PaGe'S

| | | 3 | | | | 1 | | |
|---|---|---|---|---|---|---|---|---|
| | 2 | | | 6 | | | 4 | |
| 4 | | | 2 | | 9 | | | 7 |
| | | | 8 | | 1 | | | |
| | | 4 | | | | 8 | | |
| 7 | | | 9 | | 5 | | | 4 |
| | 8 | | 3 | 9 | 6 | | 2 | |
| 3 | | | | 5 | | | | 1 |
| | | | 1 | | 2 | | | |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

PERSONAL COPY   Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.   **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Appeal is subject to rejection if one row of text per line is exceeded.

| Name (Last, First): Jose Arteaga | CDC Number: V 29993 | Unit/Cell Number: 4A-2L-27 | Assignment: S.H.U |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
STaff Complaint / Process as an Emergency CDC-602

A. **Explain your issue** (If you need more space, use Section A of the CDCR 602-A): Since I came
to This facility the food has being making me sick There
is an organized retalliatory tactics of food contamination
including kosher, Right after eatting some.

B. **Action requested** (If you need more space, use Section B of the CDCR 602-A): I request that
The retalliation, The food contamination, and my sink
water contamination be investigated and STOP

**Supporting Documents:** Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____   _____

_____   _____

_____   _____

☐ No, I have not attached any supporting documents.  Reason : _____

_____

_____

_____

Inmate/Parolee Signature: _____   Date Submitted: 7-30-19

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only**    Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.
  Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.
  Date of Interview: _____  Interview Location: _____
Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
  See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: _____  Title: _____  Signature: _____  Date completed: _____
              (Print Name)
Reviewer: _____  Title: _____  Signature: _____
            (Print Name)
Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____ / ____ / ____ |

Print Staff Name: _____    Title: _____    Signature: _____    Date: _____

Inmate/Parolee Signature: _____    Date: _____

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review. State reason: _____ (If withdrawal is conditional, list conditions.)

| Third Level Use Only | Date mailed/delivered to appellant | / / |
| --- | --- | --- |

See attached Third Level response.

☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:

This appeal has been:
☐ Cancelled (See attached letter) Date: _____
☐ Rejected (See attached letter for instruction) Date: _____

**G. Third Level - Staff Use Only**

Inmate/Parolee Signature: _____    Date Submitted: _____

**F. If you are dissatisfied with the Second Level response,** explain below, attach supporting documents and submit for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

| AC Use Only | Date mailed/delivered to appellant | / / |
| --- | --- | --- |

Date received by AC: _____

Reviewer: _____ (Print Name) Title: _____ Signature: _____

Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:

Interview Location: _____

Date of Interview: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

☐ Accepted at the Second Level of Review
☐ Cancelled (See attached letter)
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____
☐ By-passed at Second Level of Review. Go to Section G.

This appeal has been:

**E. Second Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

Inmate/Parolee Signature: _____    Date Submitted: _____

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Side 2

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
| --- | --- | --- | --- |
| | | *FOR STAFF USE ONLY* | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
| --- | --- | --- | --- |
| Arteaga Jose | V29993 | 27 | S.H.U |

**A. Continuation of CDCR 602, Section A only** (Explain your issue): Meals. I start Feeling Sick headaches, Body aches and painfull chills, this retaliation is due to previous lawsuit Ive Filed, For CDC-602 complaints and being wrongfully charged of assault on officers. the retaliation that's being going on From prison to prison officers communicate From prison to prison to continue the retaliation (on 9-30-18 Ive Filled a similar appeal at kern Valley State prison but it hasen't been answered) also

c/o Neve Furthermore On December 8 -18, two officers From 2nd watch Neve, opened my chase door where my sink water pipe is and placed Something in the pipe to contaminate my water my water is contaminated and when I drink IT is making me Sick, Violating my Human rights by cruel and unusual punishment that constitudes torture. On 12-3-18 I was hozpitalized due to this at (K.V.S.P) and now the retaleation against me is continuing in this prison.

Inmate/Parolee Signature: _____    Date Submitted: 1-30-19

**B. Continuation of CDCR 602, Section B only** (Action requested): Provide me with the reason as to why the retaliation is continuing in this prison and why officers Neve On all the Month's on January 2019 Gave me Contaminated Food with chemicals to torture and retalisate on Appellant as well as officers Fugate. Gonzalez, Ceballos an investigation needs to be made as to why my Kosher meals are being tampered with by opening and Reclosing to contaminate my Kosher Items. Although this happened at Kern Valley prison aswell, this is happening here in Corcoran now, Since after eating them makes Me extremly Sick.

Inmate/Parolee Signature: _____    Date Submitted: 1-30-19

S T A F F   U S E   O N L Y



EXHIBIT # 5

q - PageS

**EXHIBIT 5**

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF APPEALS**
P. O. BOX 942883
SACRAMENTO, CA. 94283-0001



# OFFICE OF APPEALS (THIRD LEVEL) DECISION

**APR 2 2 2020**

Jose Artega, V29993                                    TLR Case No.: 2001715
California State Prison, Sacramento                    Local Log No.: COR-19-05380

I.    **ISSUE ON APPEAL:**
      Claimant contends an appeal filed on February 19, 2019, was intentionally mishandled or lost creating an
      adverse effect upon the claimant.

II.   **RULES AND REFERENCES:**

      A.  **CONTROLLING AUTHORITY:**
          - California Code of Regulations, title 15, sections 3130; 3131; 3134; 3137 (b); 3084.2 (c) and
            (d); 3084.7(a), (b), (c); 3084.9 (D)(1)

      B.  **DOCUMENTS CONSIDERED:**
          - (2) CDCR 602 Inmate Appeal Form, TLR # 1903147
          - CDCR 602 Inmate Appeal Form, Log # COR-19-0538/NKSP-19-03686
          - CDCR 602 Inmate Appeal Form, Log # COR-19-4194
          - CDCR 602 Inmate Appeal Form (AMENDED), No Log
          - CDCR 1858 Rights and Responsibility Statement Form, dated February 19, 2019
          - CDCR 22 Inmate Request Form, mailed February 19, 2019
          - Inmate Request for Interview, dated March 7, 2019
          - Office of Appeals Rejection Letter, dated May 10, 2019 (TLR # 1903147)
          - CDCR 22 Inmate Request Form, mailed June 24, 2019
          - (2) CDC Form 695 Screening Form, dated June 27, 2019 (CSPC-7-19-04194)
          - First Level Response, dated August 22, 2019 (CSPC-7-19-04194)
          - Second Level Staff Complaint Response, dated August 22, 2019 (CSPC-7-19-04194/COR-
            2140-19-271)
          - Effective Communication Determination Form, dated August 13, 2019 (CSPC-7-19-04194)
          - Effective Communication Determination Form, dated August 20, 2019 (Log # 19-05380)
          - CDC Form 695 Screening Form, dated October 1, 2019 (NKSP-D-19-03686)
          - Second Level Response, dated December 31, 2010 (CSPC-7-19-05380)
          - Amended Staff Complaint Response, dated March 18, 2020 (CSPC-7-19-04194/COR-2140-
            19-271)

III.  **REASONING AND DECISION: DENIED**

In the instant matter, the claimant is adamant that he filed a staff complaint appeal on February 19, 2019, yet did
not receive a reply from the Appeals Coordinator until June 27, 2019. It should be noted that the issue forming the
basis for the claimant's February 19, 2019 appeal, is not the issue being discussed here. Rather, the claimant argues

Jose Artega, V29993
TLR Case No. 2001715

that his appeal was mishandled resulting in unnecessary delays. The claimant therefore seeks an inquiry as to what may have contributed to the delays or mishandling of his February 2019 appeal. The undersigned therefore engaged in a diligent search of records within the Strategic Offender Management System (SOMS), Electronic Records Management System (ERMS), and within the Office of Appeals that would substantiate the claimant's assertions or provide clarity as to what may have transpired. Consequently, a critical issue was discovered. As evinced in the "Documents Considered" section of this response, the undersigned found numerous appeals and supporting documentation surrounding the February 2019 staff complaint. It was further discovered that on March 14, 2019, the Office of Appeals received a staff complaint dated "February-19-19" from the claimant (TLR # 1903147). For reasons unknown, however, this appeal had somehow bypassed the First and Second Level reviews. Unfortunately, it cannot be determined whether the bypassing occurred as a result of the claimant's actions or from an error in appeal or mailroom processing at the institution. Nevertheless, the Office of Appeals deferred the appeal (TLR # 1903147) back to the institution for review and consideration.

Without a doubt, the bypassing of the First and Second Levels contributed to the overall delay in the claimant's initial appeal. Having not received a timely response, the claimant subsequently filed additional appeals—most dated February 19, 2019—regarding the very same staff complaint. The overlapping appeals and their trailing responses exacerbated the issue and caused further confusion. Due to his diligence, however, the basis for the claimant's initial appeal was ultimately addressed. Moreover, there is no evidence within this appeal suggesting that the claimant or institution acted with intentional malice. Nevertheless, all parties are encouraged to review appeal processes and procedures so as to avoid future delays or confusion.

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that the appeal at the Third Level of Review is **DENIED**. This decision exhausts the administrative remedies available to the appellant within CDCR.

## IV.    IV. REMEDY

Your appeal has been denied. The issue forming the basis of the claimant's February 19, 2019, appeal was ultimately addressed. Therefore, there is no applicable remedy.

A. Delgado, Appeals Examiner
Office of Appeals
cc:  Warden
     Grievance Coordinator

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                                          Side 1

```
2001715
V29993
```

| | USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| | | CSP-CORCORAN | 19-5386 | ③ |
| | | NKSP-D-19-351086 | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance on the appeal process. No reprisals will be taken for using the appeal process. **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Appeal is subject to rejection if one row of text per line is exceeded.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Jose Arredondo Vase | La-174 | ASU |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**
Mail Staff Complaint

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): On 2-19-19
Appellant Filed a Staff Complaint Through The
Mail To be delivered To The Appeal's Coordin-
Tor by Placing It on Officer Garcia's hands since

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): I Request
That an investigation be made as To why my
Appeal was Lost or Mishandled, Violating
my First amendment Right.

**Supporting Documents: Refer to CCR 3084.3.**
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
Copy of CDC 22
Form Dated 2-19-19
Signed by C/O Garcia.
☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: _Jose Arredondo_   Date Submitted: 8/10/19

☐ **By placing my initials in this box, I waive my right to receive an interview.**

*(stamps: CSP-CORCORAN RECEIVED AUG 19 2019 INMATE APPEALS OFFICE — NKSP; OCT 01 2019; CSP-CORCORAN RECEIVED OCT 15 2019 INMATE APPEALS OFFICE; REC'D BY OOA FEB 12 2020; NSC 8/14/19; 8/14/19 2140 pending ...; right margin handwriting)*

---

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached?  ☑ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter) Date: _____
☑ Accepted at the First Level of Review.
  Assigned to: AW ASU   Title: _____   Date Assigned: 8/16/19   Date Due: 9/27/19

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 8/22/19   Interview Location: ASU-174
Your appeal issue is: ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: _____
  See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: J. Cerda   Title: Sgt   Signature: _____   Date completed: 8/27/19
  (Print Name)
Reviewer: R Sexer   Title: AW (A)   Signature: _____
  (Print Name)
Date received by AC: 9/4/19

| AC Use Only |
|---|
| Date mailed/delivered to appellant  9/4/19 |

STATE OF CALIFORNIA
**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

**Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. use Section D of the CDCR 602-A.

*DISSATISFIED: FIRST LEVEL RESPONDER IS IGNORING THE FACT THAT the February STAFF Complaint Appeal dated Feb/19/19, which was Forward with c/o Garcia was Lost or MisHandled in which he Signed a CDC-22 (Attached) as Prouf, and the Appeal coordinator claiming This Appeal was not receive is Proue that my Appeal was MisHandled, I Reiterate*

Inmate/Parolee Signature: _[signature]_   Date Submitted: 9-26-19

---

**E. Second Level - Staff Use Only**   Date Submitted: ___   Staff- Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: 10/11/17
☐ Cancelled (See attached letter) Date:
☑ Accepted at the Second Level of Review

Assigned to: AG TRAN   Title: ___   Date Assigned: 12/23/19   Date Due: 2/6/20

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title.

Date of Interview: N/A   Interview Location: N/A

Your appeal issue is: ☒ Granted ☐ Granted in Part ☐ Denied ☐ Other:

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ___   Title: N/A   Signature: N/A

Reviewer: M. Gamboa (Print Name)   Title: CDW   Signature: _[signature]_   Date completed: 12/31/19

(Print Name)   Date received by AC: 1/9/20

AC Use Only   1.9.20

---

**F. If you are dissatisfied with the Second Level response**, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

*DISSATISFIED: I REITERATE THE RE-QUESTED ACTIONS. On Feb/19/19 I Sent via Mail (Institutional) with a Signed CDC 22-FRM by c/o Garcia To Appeals Coordinator (as attached) as Prouf That This Complaint was Sent as claimed by*

Inmate/Parolee Signature: _[signature]_   Date Submitted: 2-1-20

---

**G. Third Level - Staff Use Only**   Date Submitted: ___

This appeal has been:
☐ Rejected (See attached letter for instruction) Date:   Date:   Date:
☐ Cancelled (See attached letter)   Date:
☒ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other:

See attached Third Level response.

Third Level Use Only   Date mailed/delivered to appellant   APR 2 9 2020

---

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ___   Date:

Print Staff Name: ___   Signature: ___   Title: ___   Date:

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): The RequesTed action,
Since The ViolaTion CreaTed adverse effeeT
and ViolaTed my ConsTiTuTional RighT. Please
exhausT AdminisTraTive Remedies.
thank you.

Inmate/Parolee Signature: Jose Arleag       Date Submitted: 9 - 26 - 19

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

Inmate/Parolee Signature: _____       Date Submitted: _____

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12)

NKSP-D-19-03686                    3    Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| 2001715 | CSP-CORCORAN | 19-5380 | 3 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Jose Arteaga | V29993 | 174 | A S U |

A.  Continuation of CDCR 602, Section A only (Explain your issue): he was picking up mail this date in which he signed and dated a CDC-22 form (see copy of this CDC 22 copy attached) as my prove that this complaint was filed, but Appellant did not received a respond from the appeal Coordinator till 6/27/2019, with a Log # CSPC-7-19-04194-alleging that my complaint was late. (the incident happened on 2-12-19 and my Appeal was filed on 2-19-19, so it couldn't be late) For some reason my appeal was lost or mishandled. On July 19, 2019, this Appeal was finally accepted as "timely" after appellant kept re submitting it to the appeal chief and Appeal Coordinator to explain the problem, and is in fact when Appellant became aware that his Rights to access to mail were violated (a First Amendment Violation) since the July 19-19 Admission Acceptance confirmed this violation.

Inmate/Parolee Signature: _____    Date Submitted: 8/10/19

B.  Continuation of CDCR 602, Section B only (Action requested): _____

Inmate/Parolee Signature: _____    Date Submitted: _____

CSP-CORCORAN RECEIVED AUG 1 3 2019 INMATE APPEALS OFFICE NKSP

OCT 0 1 2019 APPEALS

CSP-CORCORAN RECEIVED OCT 24 2019 INMATE APPEALS OFFICE

REC BY OOA FEB 1 2 2020 NSC 5/14/19

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**CALIFORNIA STATE PRISON - CORCORAN**
P.O. Box 8800
Corcoran, CA 93212



**AUGUST 22, 2019**

**Inmate ARTEAGA, CDCR No. V29993**
Housing: ASU-174L
California State Prison-Corcoran

**Re:  FIRST LEVEL APPEAL RESPONSE**
    Appeal·Log # **CSPC-7-19-05380**

The attached appeal had been referred to the Hiring Authority for consideration of processing as a Staff Complaint. On August 14, 2019, the Hiring Authority determined the appeal does not meet the requirement for assigning as a Staff Complaint. The appeal has been categorized as a Mail issue.

**APPEAL ISSUE:**  You claim your Inmate Appeal specifically (given to Officer E. Garcia) was deliberately mishandled or lost. You further contend your First Amendment rights were violated.

**APPEAL REQUEST:**  You request an investigation be conducted as to why your mail is not being processed according to institutional policy and procedure.

**EFFECTIVE COMMUNICATION:**  A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level of **5.2**; therefore, you do not require special accommodations to achieve Effective Communication.

**INTERVIEW:**  On AUGUST 22, 2019, Sergeant J. Cerda interviewed you regarding your appeal. You were afforded the opportunity to further explain your issue and to provide any additional supporting evidence, documents, or witnesses. During the interview, you stated, "I don't blame anyone but I want to know what happen to my appeal."

**APPEAL RESPONSE:**  Your appeal, the attachments, California Department of Corrections and Rehabilitation 114-A, the Department Operations Manual (DOM) Operational Procedure (OP) 220, and the California Code of Regulations (CCR), Title 15 have been reviewed.

An inquiry was completed at the First Level of Review (FLR). The ASU Housing Unit Officer E. Garcia was contacted in regards to your mail issue. Officers Garcia explained the process of incoming/outgoing mail on a daily basis as it is received from the Mailroom. He elaborated all mail received into ASU is processed on the day it comes in and is passed out or rerouted if the inmate is no longer housed in the building. Also that appeals received directly from inmates via mail pickup are dropped into the locked Appeals box located in the front hallway of the building.

The Appeals Coordinator J. Ceballos was also contacted concerning your appeal. He stated all appeals received by his office are assigned an appeals log number for tracking. He stated for the month of February 2019, only one (1) appeal was received and logged in bearing your name.

First Level Response
Arteaga, CDCR #V29993
CSPC-7-19-05380
Page 2 of 2

Pursuant to DOM, Supplement 54010, Inmate Mail, which states in part, *"Prior to issuing mail, staff will ensure all stamps are removed from envelopes."* Pursuant to CCR Title 15, Section 3143 (a), Processing Incoming Confidential Mail, which states, *"Designated staff shall open the letter in the presence of the addressed inmate at a designated time and place. Staff shall not read any of the enclosed material and shall remove the pages and shake them to ensure the absence of prohibited material."*

There are no facts or evidence to support your allegations towards staff mishandling your mail or violating policy/procedures.

**DECISION:** A thorough inquiry was completed in the handling and processing of your mail and no discrepancies were discovered. Staff will continue to follow departmental policy and procedures when processing and handling all mail and inmate appeals. Your request for mail handling procedures in ASU1 to be looked into has been GRANTED. Your claim your rights were violated has been determined to be unfounded and without merit.

Based on the above information, your appeal is **PARTIALLY GRANTED** at the FLR.


**J. CERDA**
Correctional Sergeant
California State Prison-Corcoran


**R. JUAREZ**
Associate Warden-SHU (A)
California State Prison-Corcoran

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION                                              GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**CALIFORNIA STATE PRISON - CORCORAN**
P.O. Box 8800
Corcoran, CA 93212

December 31, 2019

**Inmate ARTEAGA, V29993**
**Re:     SECOND LEVEL APPEAL RESPONSE**
         Log # CSPC-7-19-05380
         Issue: MAIL

The attached appeal has been referred to the hiring authority for consideration of processing as a staff complaint.  Per memo signed by the hiring authority dated August 14, 2019, the appeal does not meet the requirements for assignment as a staff complaint.  The appeal has been categorized as a Mail issue.

**DECISION: Granted**

**EFFECTIVE COMMUNICATION:**  A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level of 5.2, therefore, you do not require special accommodation to achieve effective communication.

**PROBLEM DESCRIPTION:**  You allege an Inmate Appeal to you gave to Officer E. Garcia was deliberately mishandled or lost.

**ACTION REQUESTED:**  You request an investigation be conducted as to why your mail is not being processed according to institutional policies and procedures.

**APPEAL RESPONSE:**  You were interviewed by Sergeant J. Cerda on August 22, 2019, at the First Level Review (FLR). Your appeal, the attachments, California Code of Regulation (CCR), and the Title 15 have been reviewed.  It was determined staff did not afford you with an appropriate response on the FLR dated August 22, 2019.  An inquiry was conducted into the processing of your mail.  You did show evidence that suggests a delay may have occurred causing you have to write the Appeal Coordinator to get your appeal accepted.  However, during this inquiry it was determined your appeal was accepted, staff are following policies and procedures when processing mail, and no evidence was discovered to suggest deliberate wrong doing on the part of any staff.   Staff will continue to process mail in accordance with policies and procedures. Your appeal has been Granted at the Second Level of Review.

**DECISION: Granted**

M. GAMBOA
Chief Deputy Warden
California State Prison – Corcoran
DM

cc: Central File
Appeal File

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)      (LAST NAME)        (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| | V-_____ | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL; ADDRESSED TO:_____    DATE MAILED: 2-1/21

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Tuesday, October 1, 2019*

*ARTEAGA, V29993*
*D  004 1144001L*

MAIL, , 10/01/2019
Log Number: NKSP-D-19-03686
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Be advised that your appeal has been forwarded to another CDCR unit for processing.*

**The NKSP Inmate Appeal Office received your appeal on October 1, 2019. In your appeal you are responding to an issue stemming from California State Prison, Corcoran (COR). Although you have submitted your appeal, this issue stems from actions occurring at COR; therefore your appeal will be forwarded to the COR Inmate Appeals Office for further review. DO NOT RESUBMIT A "NEW" APPEAL ON THIS ISSUE AND YOU NEED TO BE PATIENT REGARDING RECEIVING A RESPONSE FROM THE COR INMATE APPEALS OFFICE.**

**This CDC 695 is not to be construed as an elimination of your due process rights but as a tool to file your appeal on the appropriate form or for you to provide the appropriate information so that your appeal can be filed or your questions answered. You are not allowed to detach the CDCR-695's as they are a permanent attachment to the appeal. YOUR APPEAL HAS BEEN PROCESSED. Thank you.**

Appeals Coordinator
NKSP

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED

EXHiBiT

# 6

59 - pages

EXHibiT#6

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)  (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Arteaga | Jose | V29993 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| 174 | A.S.U | | Unhealthy Food |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On August 26 and 27 of 2019
I was given by c/o Garcia a Kosher Meal
that was Spoiled or contaminated since
then made me Sick and gave me a bad
Reaction after Consuming. Can you please
call the Kitchen and Tell them about the problem.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO:_____ DATE MAILED: 8 27 19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: 8/27/19 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: c/o Garcia | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: 8/27/19 | SIGNATURE: | DATE RETURNED: 8/27/19 |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____  DATE MAILED:___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?  (CIRCLE ONE)     YES     NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY:  (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):    (LAST NAME) | | (FIRST NAME) | CDC NUMBER: | | SIGNATURE: |
|---|---|---|---|---|---|
| HOUSING/BED NUMBER: | ASSIGNMENT: | | HOURS FROM_____ TO_____ | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____  DATE MAILED: _____

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES    NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)    IN PERSON    BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E: MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| [illegible] | [illegible] | | Contaminated Food |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Today, again [illegible] tampered meals also [illegible] (female) [illegible] of the [illegible] the [illegible] in the [illegible] meal [illegible] with no [illegible] [illegible] food [illegible]

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:__________________ DATE MAILED: [illegible]

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| [illegible] | 7-14-19 | [illegible] | YES (circled) |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| Kitchen Supervisor | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:        MEDICAL ☒        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

| NAME Arteaga Jose | CDC NUMBER V29993 | HOUSING 4A 27 |
|---|---|---|
| PATIENT SIGNATURE | | DATE 1-31-19 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) The Food has being Making me Although I'M not allergic →Sick
To Any Food.
For Many weeks now the Food has being giving me this
allergic reaction, headaches, chills and body Pains
making me Sick, when I eat Some Meals.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)        Original - Unit Health Record        Yellow - Inmate (if copayment applicable)        Pink - Inmate Trust Office (if copayment applicable)        Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Arteaga Jor | V29993 | 4A-2L-2? |

| PATIENT SIGNATURE | DATE |
|---|---|
| | 2-3-19 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) The Food Kosher-1 being altered Contaminated- is Making Me Sick in this Facility when I eat this food is giving me chills and Body aches.

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|------|-----------|---------|
| Arteaga | V29993 | 27 |

PATIENT SIGNATURE _____    DATE 2/6/2019

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Officers are giving me Contaminated Food that is making me Sick. Also _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Arteaga | CDC NUMBER V29993 | HOUSING A.S.U-1.74 |
|---|---|---|

| PATIENT SIGNATURE | DATE Feb-26-19 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Today I'm Staring a Hunger Strike. The Food is giving me bad reactions. Sick or Allergies.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**    DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME  Arteaga J          CDC NUMBER  V27793          HOUSING  74

PATIENT SIGNATURE                         DATE  March - 5 - 19

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   I M being having This bad reactions and Symp-Tons after eatting The Food. Fealling Sick and developing This Rashe's on body and ~~~~ Also chills and body aches.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|

| PATIENT SIGNATURE | DATE  M 11 - 11 11  19 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

The Food is Making Me Sick cau
Body Pain chills headaches

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

7365906

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Arteaga

CDC NUMBER: VZ7713

HOUSING: 74

PATIENT SIGNATURE: *[signature]*

DATE: 3/25/19

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) For Months I being complaining of a growing Rash all over my body In medical that is purple redish, Itches and burns But I havent receive any answer for it or help. Wether if is serious or contagious I need to see a Doctor. Thank you.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| ArTeaga Jose | V-21773 | 174 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | APRIL-11-17 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) For The Las 4-months or more I being Complaining of Rash that keeps spreading all over my body I was told I would be seen by a Dermathology Months ago but as of this date this has not happened nor any Thing has being done To Further Treat this Rash

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

Thank you for your Time

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

8181978

**HEALTH CARE SERVICES REQUEST FORM**    DEPARTMENT OF CORRECTIONS
(Rev. 03/04)

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME  Arteaga J        CDC NUMBER  V 29993        HOUSING  G — 174

PATIENT SIGNATURE                      DATE  4 - 20 / 19

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  I have this Rash all over my Body That keeps growing and spreading. I'm also having abdominal and intestinal pain

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record   ·   Yellow - Inmate (if copayment applicable)   ·   Pink - Inmate Trust Office (if copayment applicable)   ·   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Arteaga | CDC NUMBER V29993 | HOUSING 6-174 |
|---|---|---|
| PATIENT SIGNATURE *N/A* | | DATE 4-23-19 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) I have a Rash on my Body That keep
itching ~~~~~~ . I need a RasW/Cream.
I being Scheduled by DocTors To see a DermaThol-
ogy. But Don'T Know When? Thanks You.
JJ  Is This AppoinTmenT?.

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record     Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME Arizona Joe | CDC NUMBER V-21773 | HOUSING 174 |
|---|---|---|

PATIENT SIGNATURE _____   DATE 4/27/2019

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) For many months now. The Food has being making me sick. I'm getting chemical reactions when I eat the Food in this facility

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Arteaga | V39995 | 174 |

| PATIENT SIGNATURE | DATE |
|---|---|
|  | May/6/19 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I m having abdominal Pain after eiding The Food There. And Rollies.

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04).    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

7428834

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☑     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME  Ariengo J              CDC NUMBER  V29793           HOUSING  174

PATIENT SIGNATURE                                         DATE  June /9 /19

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  The food has being making me sick for months now & I'm Getting a bad reaction after eating. Stomich aches, Headaches and body aches.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)      Original - Unit Health Record      Yellow - Inmate (if copayment applicable)      Pink - Inmate Trust Office (if copayment applicable)      Gold - Inmate

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Arteaga                 CDC NUMBER: V29972        HOUSING: 174

PATIENT SIGNATURE:                                    DATE: 6/10/2011

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) The food for many month — now has being making me sick giving me chemical reaction body aches Head ache Chills only flu front it also causing Rashes and Joint — muscle pains.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

7455402

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Arteaga

CDC NUMBER: V29993

HOUSING: 174

PATIENT SIGNATURE: _mm_

DATE: 6-24-19

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I have this Rash all over my body. That keeps spreading in different parts of my body - The Food Has being Making me sick For many months now. Giving me chemical Reactions that are bad.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment appl...

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Arteaga | CDC NUMBER J29995 | HOUSING 174 |
|---|---|---|
| PATIENT SIGNATURE | | DATE 6-29-2017 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) The Food given to me by Officers continues
in Making me Sick. For many Month Snow This is giving
Me chemicals Reactions. This is not being taken serious
For Months I being Complaining of Rashes and
Right abdominal pain and I am being manored

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME Arriaga | CDC NUMBER V29993 | HOUSING 174 |
|---|---|---|

| PATIENT SIGNATURE | DATE 7-2-17 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) My Kosher Meals are being given To Me Tampered and Making Me Sick, this been Happening For month's now, Causing body aches, stomach aches Drowsiness and Allergic Reaction's ...

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

7428628

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
| --- | --- | --- |
| | | 174 |
| PATIENT SIGNATURE | | DATE 7-6-19 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

The Food Selectiuely given to me by Officers
is Making me sick Giving me chemical Reactions
this being Happening For months now giving me
Early chills Stomach aches and Vomiting
I Feel the this Food given to me is Spoiled or Contaminated.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

7428655

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Arteaga | V29993 | 174 |

| PATIENT SIGNATURE | DATE |
|---|---|
| N/A | 7-9-19 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  The food is giving me bad reactions chills, Intestinal pains, Rashes I've Filed many CDC 7362s regarding this I've ~~f~~ the bad Food, Reactions Continue.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

7402266

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: Arteaga J

CDC NUMBER: Y29993

HOUSING: 174

PATIENT SIGNATURE: _JA_

DATE: 7/14/19

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) My Food is being Tampered With Making Me sick. Giving Me chemical's Reactions This being Had been Hapening For Months now Which is Causing Pain and To develope This Rashe's all over my body and Intestinal Pains.

*NOTE! IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

7432437

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|------|-----------|---------|
| Artega a | V 29993 | 174 |

| PATIENT SIGNATURE | DATE |
|-------------------|------|
| | 7-19-19 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  The Food is giving me chemical Reactions making me sick this been happening for many months now, giving me Rashes abdominal Pain, chills and headaches.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | Arteaga | CDC NUMBER V 79993 | | HOUSING 174 |
|---|---|---|---|---|

| PATIENT SIGNATURE | | DATE 7/30/19 |
|---|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) The food Trade given to me by officers Maded Me Sick. Again giving me chemicals Reactions Body acties and chills and drows iness. Food Should not Make you Sick. This food is Contaminated couse is giving me allergic Reactio

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

7455533

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: Arteaga

CDC NUMBER: V29993

HOUSING: 174

PATIENT SIGNATURE:

DATE: 8-16-19

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I have on going Rashes that are now treading all over my body due to this Tar going through Itching and Pain.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

(04)   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☑   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME Arteaga | CDC NUMBER V29793 | HOUSING 174 |
|---|---|---|
| PATIENT SIGNATURE | | DATE 8-26-19 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) The Food Given To Me W Officer is Contaminated o Foiled This been an Ongoing Problem Making Me Sick and Giving me This Rashes And Stomach aches

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

7402559

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:       MEDICAL ☐       MENTAL HEALTH ☐       DENTAL ☐       MEDICATION REFILL ☐

NAME Arteaga

CDC NUMBER V2/11-

HOUSING 174

PATIENT SIGNATURE

DATE 9/5/2011

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) For Many Months I being Requesting To be Treated For Hepatitis - C I But U is being Denied - OR Im not being Treated - I was Told by Doctor That Lab was Done and That I will very soon start to be Treated Please Start My (A.S.A.P) Treatment Thank you

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)       Original - Unit Health Record       Yellow - Inmate (if copayment applicable)       Pink - Inmate Trust Office (if copayment applicable)       Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:      MEDICAL ☐      MENTAL HEALTH ☐      DENTAL ☐      MEDICATION REFILL ☐

NAME | CDC NUMBER | HOUSING

PATIENT SIGNATURE | DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

_____

_____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

DEPARTMENT OF CORRECTIONS

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

     an emergency.

     a communicable disease (such as HIV, AIDS, and TB).

     mental health services.

     follow up health care services recommended by a doctor, nurse, or dentist.

     health care services necessary to comply with State law and regulations (e.g., annual TB testing).

     reception center screening and evaluation.

     inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed.  That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit.  The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request.  This includes requests made for you by departmental staff, other inmates, your family or your attorney.  If you request services that require more than one doctor, you will be charged for each initial visit with each doctor.  This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account.  If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist.  It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

> an emergency.

> a communicable disease (such as HIV, AIDS, and TB).

> mental health services.

> follow up health care services recommended by a doctor, nurse, or dentist.

> health care services necessary to comply with State law and regulations (e.g., annual TB testing).

> reception center screening and evaluation.

> inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

    an emergency.

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
HEALTH CARE SERVICES REQUEST
CDC 7362    PAGE 2

DEPARTMENT OF CORRECTIONS

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME

CDC NUMBER

HOUSING

PATIENT SIGNATURE

DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA                                        DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

    an emergency.

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐  Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362    PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

    an emergency.

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☑     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| | | |

| PATIENT SIGNATURE | DATE |
|---|---|
| | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

DEPARTMENT OF CORRECTIONS

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

## WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:        MEDICAL ☐        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

_____

_____

_____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA                                        DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362    PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

> an emergency.

> a communicable disease (such as HIV, AIDS, and TB).

> mental health services.

> follow up health care services recommended by a doctor, nurse, or dentist.

> health care services necessary to comply with State law and regulations (e.g., annual TB testing).

> reception center screening and evaluation.

> inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|:---:|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☑ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|:---:|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
**HEALTH CARE SERVICES REQUEST**
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed.  That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit.  The California Code of Regulations, Title 15,Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request.  This includes requests made for you by departmental staff, other inmates, your family or your attorney.  If you request services that require more than one doctor, you will be charged for each initial visit with each doctor.  This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account.  If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist.  It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

>    an emergency.

>    a communicable disease (such as HIV, AIDS, and TB).

>    mental health services.

>    follow up health care services recommended by a doctor, nurse, or dentist.

>    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

>    reception center screening and evaluation.

>    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:        MEDICAL ☐        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

NAME                                                    CDC NUMBER                                HOUSING

PATIENT SIGNATURE

DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

## WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|

| PATIENT SIGNATURE | DATE |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) _____

_____

_____

_____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

    an emergency.

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:      MEDICAL ☐      MENTAL HEALTH ☐      DENTAL ☐      MEDICATION REFILL ☐

NAME                                        CDC NUMBER                          HOUSING

PATIENT SIGNATURE                                                              DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**      Original - Unit Health Record      Yellow - Inmate (if copayment applicable)      Pink - Inmate Trust Office (if copayment applicable)      Gold - Inmate

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed.  That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit.  The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request.  This includes requests made for you by departmental staff, other inmates, your family or your attorney.  If you request services that require more than one doctor, you will be charged for each initial visit with each doctor.  This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account.  If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist.  It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST
ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☐       MENTAL HEALTH ☐       DENTAL ☐       MEDICATION REFILL ☐

NAME

CDC NUMBER

HOUSING

PATIENT SIGNATURE

DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐  Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS
**HEALTH CARE SERVICES REQUEST**
CDC 7362    PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

    an emergency.

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

# HEALTH CARE SERVICES REQUEST FORM

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER V-27775 | HOUSING 174 |
|---|---|---|

| PATIENT SIGNATURE | 3/30/17 | DATE March 30 17 |
|---|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

## WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

> an emergency.

> a communicable disease (such as HIV, AIDS, and TB).

> mental health services.

> follow up health care services recommended by a doctor, nurse, or dentist.

> health care services necessary to comply with State law and regulations (e.g., annual TB testing).

> reception center screening and evaluation.

> inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA                    **HEALTH CARE SERVICES REQUEST FORM**                    DEPARTMENT OF CORRECTIONS
CDC 7362 (Rev. 03/04)

| **PART I:  TO BE COMPLETED BY THE PATIENT** |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

_____

_____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| **PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT** |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

    an emergency.

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS.

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:      MEDICAL ☐      MENTAL HEALTH ☐      DENTAL ☐      MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST**
CDC 7362   PAGE 2

DEPARTMENT OF CORRECTIONS.

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed.  That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit.  The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request.  This includes requests made for you by departmental staff, other inmates, your family or your attorney.  If you request services that require more than one doctor, you will be charged for each initial visit with each doctor.  This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account.  If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist.  It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

CDC 7362 (Rev. 03/04)

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| | | |

| PATIENT SIGNATURE | DATE |
|---|---|
| | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

DEPARTMENT OF CORRECTIONS

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

> an emergency.

> a communicable disease (such as HIV, AIDS, and TB).

> mental health services.

> follow up health care services recommended by a doctor, nurse, or dentist.

> health care services necessary to comply with State law and regulations (e.g., annual TB testing).

> reception center screening and evaluation.

> inpatient services, extended care, or skilled nursing services.



**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME

CDC NUMBER

HOUSING

PATIENT SIGNATURE

DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST**
CDC 7362   PAGE 2

DEPARTMENT OF CORRECTIONS

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

   an emergency.

   a communicable disease (such as HIV, AIDS, and TB).

   mental health services.

   follow up health care services recommended by a doctor, nurse, or dentist.

   health care services necessary to comply with State law and regulations (e.g., annual TB testing).

   reception center screening and evaluation.

   inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME: | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE 2-3-19 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362  PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

## WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

> an emergency.

> a communicable disease (such as HIV, AIDS, and TB).

> mental health services.

> follow up health care services recommended by a doctor, nurse, or dentist.

> health care services necessary to comply with State law and regulations (e.g., annual TB testing).

> reception center screening and evaluation.

> inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

# IMPORTANT INFORMATION ABOUT YOUR HEALTH CARE VISIT

## WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15.Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER V-27173 | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE 4/27/28 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                        DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed.  That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit.  The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request.  This includes requests made for you by departmental staff, other inmates, your family or your attorney.  If you request services that require more than one doctor, you will be charged for each initial visit with each doctor.  This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account.  If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist.  It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:        MEDICAL ☐        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

_____

_____

_____

_____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**        Original - Unit Health Record        Yellow - Inmate (if copayment applicable)        Pink - Inmate Trust Office (if copayment applicable)        Gold - Inmate

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

## WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

    an emergency.

    a communicable disease (such as HIV, AIDS, and TB).

    mental health services.

    follow up health care services recommended by a doctor, nurse, or dentist.

    health care services necessary to comply with State law and regulations (e.g., annual TB testing).

    reception center screening and evaluation.

    inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:        MEDICAL ☐        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST**
CDC 7362    PAGE 2

DEPARTMENT OF CORRECTIONS

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

**WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?**

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| PATIENT SIGNATURE | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS
**HEALTH CARE SERVICES REQUEST**
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

④

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |

| NAME | CDC NUMBER | HOUSING |

| PATIENT SIGNATURE | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
HEALTH CARE SERVICES REQUEST
CDC 7362   PAGE 2

DEPARTMENT OF CORRECTIONS

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|

| PATIENT SIGNATURE | DATE |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _____

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐  Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
HEALTH CARE SERVICES REQUEST                                    DEPARTMENT OF CORRECTIONS
CDC 7362   PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME   Arteaga Jose

CDC NUMBER   V29993

HOUSING   74

PATIENT SIGNATURE

DATE   November-19

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   I'm having Trouble Vision and Headaches due To an incident I Suffered on Feb-12-19 I Feel unbalance - I need to see The Optometrist Since This happened I being having More neurological problems.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

745 1929

STATE OF CALIFORNIA
CDC 7% (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Arteaga Jose

CDC NUMBER: AZ-7773

HOUSING: 74

PATIENT SIGNATURE:

DATE: Feb-21-2017

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) On February 12-19 — I allowed mental intrusion on my Heart my of toys illicit blurred in a side pocket Fio clinic and tight bladder which sudden unden ceuder Pain I with Pains extreme Headache and dizzi-

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

# EXHIBIT # 7

10. PAGES

EXHIBIT-7

* Auth (Verified) *

ED Depart Summary                                    ARTEAGA, JOSE O - 101-415-41
* Final Report *

Result Type:        ED Depart Summary
Result Date:        February 12 2019 15:47 PST
Result Status:      Auth (Verified)
Result Title:       ED Depart Summary
Performed By:       Kaur, RN, Kuldip on February 12 2019 15:47 PST
Verified By:        Kaur, RN, Kuldip on February 12 2019 15:47 PST
Encounter info:     37700701952, 85, Emergency, 02/12/2019 - 02/12/2019

# * Final Report *

**ED Depart Summary (Verified)**
## Adventist Health Bakersfield Emergency Department Depart Summary

### PERSON INFORMATION

Name ARTEAGA, JOSE O          Age 37 Years              DOB 9/09/1981 12:00 AM
Sex Male                      Language English          PCP NONE, MD
Marital Status Unknown        Phone (661) 395-3000

MRN 101-415-41                Visit Id                  Acct# 37700701952
Visit Reason Neck pain: FALL  Specialty NA
Enc Type Emergency            Med Service Emergency Medicine
Track Group 85 ED Tracking Group  Discharge 2/12/2019 3:46 PM   Referred by
Tracking Id 650846526         Checkout 2/12/2019 3:46 PM         Arrival Mode ALS Ambulance
                              Acuity 3-Urgent           Dispo Type Home or Self Care

Arrival 2/12/2019 1:52 PM     Reg Status Complete       LOS 000 01:54

Address:
   COR CORCORAN CA 93212

### PROVIDER INFORMATION

| Providers | Role | Assigned | Unassigned |
|---|---|---|---|
| Amin, Manish N | ED Physician | 02/12/2019 02:01 PM | |
| Kuldip K. | ED Nurse | 02/12/2019 02:09 PM | |

### VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Temperature | | |
| Temp Site | | |
| Pulse Rate | | |

Printed by:     Pillai, Cristy A                        Page 1 of 4
Printed on:     02/13/2019 08:42 PST                     (Continued)

*(handwritten, left margin)* False Hit with A Baton. By officers.

COR


EXHIBIT 7-A

* Auth (Verified) *

ED Depart Summary                                      ARTEAGA, JOSE O - 101-415-41
* Final Report *

| | | |
|---|---|---|
| Respiratory Rate | | |
| Blood Pressure | / 84 mmHg | / 76 mmHg |

## EVENTS INFORMATION

| Event Name | Event Status | Request Date/Time | Start Date/Time | Complete Date/Time |
|---|---|---|---|---|
| Arrive | Complete | 2/12/2019 1:52 PM | 2/12/2019 1:52 PM | 2/12/2019 1:52 PM |
| Alert | Request | 2/12/2019 1:52 PM | | |
| Bands/Labels | Complete | 2/12/2019 1:52 PM | 2/12/2019 1:55 PM | 2/12/2019 1:55 PM |
| MSEI Icon | Complete | 2/12/2019 1:52 PM | 2/12/2019 2:01 PM | 2/12/2019 2:01 PM |
| To ED Bed | Complete | 2/12/2019 1:52 PM | 2/12/2019 1:59 PM | 2/12/2019 1:59 PM |
| Triage | Complete | 2/12/2019 1:52 PM | 2/12/2019 1:52 PM | 2/12/2019 1:52 PM |
| RN To See | Complete | 2/12/2019 1:59 PM | 2/12/2019 1:52 PM | 2/12/2019 1:52 PM |
| Patient Data Profile | Complete | 2/12/2019 1:52 PM | 2/12/2019 2:11 PM | 2/12/2019 2:11 PM |
| MSEI MD/PA/NP | Start | 2/12/2019 2:01 PM | 2/12/2019 2:01 PM | |
| Rad | Complete | 2/12/2019 2:02 PM | 2/12/2019 2:27 PM | 2/12/2019 2:27 PM |
| MSEI MD/PA/NP | Complete | 2/12/2019 2:01 PM | 2/12/2019 2:01 PM | 2/12/2019 2:01 PM |
| Fin Reg | Complete | 2/12/2019 2:01 PM | 2/12/2019 2:07 PM | 2/12/2019 2:07 PM |
| ProxyOne | Complete | 2/12/2019 2:01 PM | 2/12/2019 2:01 PM | 2/12/2019 2:01 PM |
| Stop At Registration | Complete | 2/12/2019 2:01 PM | 2/12/2019 2:07 PM | 2/12/2019 2:07 PM |
| Chart Complete | Request | 2/12/2019 2:47 PM | | |
| Discharge | Request | 2/12/2019 3:19 PM | | |

## LOCATION INFORMATION

| Arrival | Nurse Unit | Room | Bed |
|---|---|---|---|

Printed by:     Pillai, Cristy.A                        Page 2 of 4
Printed on:     02/13/2019 08:42 PST                     (Continued)



EXHIBIT 7-B

COR

JOSE OSVALDO
...981

* Auth (Verified) *

ED Depart Summary
* Final Report *

ARTEAGA, JOSE O - 101-415-41

| 2/12/2019 1:52 PM | ER-BD | LOB | |
| 2/12/2019 1:59 PM | ER-BD | H | 01 |
| 2/12/2019 3:46 PM | ER-BD | Depart Pts | |

## ORDERS INFORMATION

| Start Time | Order | Type | Status | Stop Time | Provider |
|---|---|---|---|---|---|
| 2/12/2019 2:01 PM | Verify ePrescribe Patient Pharmacy | Patient Care | Ordered | 2/12/2019 2:01 PM | System, System |
| 2/12/2019 2:02 PM | CT Cervical Spine WO Contrast | Radiology | Completed | 2/12/2019 2:42 PM | Amin, DO, Manish N |
| 2/12/2019 2:02 PM | CT Brain WO Contrast | Radiology | Completed | 2/12/2019 2:44 PM | Amin, DO, Manish N |
| 2/12/2019 3:19 PM | Discharge Patient (ED) | Patient Care | Ordered | 2/12/2019 3:19 PM | Amin, DO, Manish N |

## MEDICAL INFORMATION
Allergy Info:
  NKA
Prescriptions Given

## DISCHARGE INFORMATION
Discharge Disposition: Home or Self Care
Discharge Location:

## PATIENT EDUCATION INFORMATION
Instructions:

Printed by:    Pillai, Cristy A
Printed on:    02/13/2019 08:42 PST

Page 3 of 4
(Continued)

COR

Exhibit 7-C

* Auth (Verified) *

ED Depart Summary
* Final Report *

ARTEAGA, JOSE O - 101-415-41

CONCUSSION, No Wake Up
Follow up:

**With:**          **Address:**          **When:**

MD NONE                                Within 1-2 days


**With:**          **Address:**          **When:**

Follow up with primary care            Within 1-2 days
provider

**Comments:**

Follow-up with the jail doctor in the morning and address the issue of a potential orbital
wall fracture

(The ORbital Fracture WAS LateR CoNfirmed)

**Completed Action List:**
* Perform by Kaur, RN, Kuldip on February 12 2019 15:47 PST
* Sign by Kaur, RN, Kuldip on February 12 2019 15:47 PST
* VERIFY by Kaur, RN, Kuldip on February 12 2019 15:47 PST

Printed by:    Pillai, Cristy A                    Page 4 of 4
Printed on:    02/13/2019 08:42 PST                (End of Report)


ExhibiT 7-D

\* Auth (Verified) \*

ED Physician Notes                                      ARTEAGA, JOSE O - 101-415-41
\* Final Report \*

         prazosin: 2 mg, ORAL, QEvening, 0 Refill(s), Maintenance.

Past Medical/ Family/ Social History:
   Medical history:
      All Problems
         Hepatitis C / 84513012 / Confirmed
         Convulsive seizure / 151074011 / Confirmed.
   Surgical history:
      Appendectomy (132967011)..
   Social history:
   Social and Psychosocial Habits

Abuse/Intent to Harm
   Abuse screen, adult/elderly/domestic: No signs of abuse
   Are you thinking of harming or killing anyone else?: No
   Feels unsafe at home: No
   Safe place to go: Yes
   Injuries/Abuse/Neglect in household: No
   Complete CSSRS: Yes

*WRONG*
*I WAS JUST abused BY OFFICERS*

\*Alcohol Screen
   \*How often do you have a drink containing alcohol? Monthly or less (1)

\*Nutrition Screen
   Type of diet: Regular diet    ← False. Plaintiff is on a strict Kosher Diet!

\*Substance Abuse Screen
   Current or past use? Past
   What types of substances or drugs do you use? Marijuana

\*Tobacco Use Screen
   \*Over the past 30 days, what and how much have you smoked? Never (less than 100 in lifetime)

Physical Examination

   Vital Signs
   Vital Signs
      02/12/2019 14:08 PST       Temperature (F)        99.4 DegF   Normal
                                 Temperature (C)        37.4 DegC   Normal
                                 Pulse rate             98 bpm      Normal
                                 Respiratory rate       20 br/min   Normal
                                 Systolic BP            138 mmHg    Normal
                                 Diastolic BP           84 mmHg     Normal
                                 Pulse Oximetry         97 %
                                 Oxygen delivery        Room air
                                 Temp site              Temporal
                                 BP site                Right arm  .
   Include ht/wt from flowsheet : Measurements
      02/12/2019 14:08 PST       Weight (kg)            81.65 kg
                                 Dose calculation weight (kg)          81.65 kg
                                 Weight measured method  Estimated  .

      Oxygen saturation: 97 %.
      O2 saturation normal per my interpretation.
      General: Alert, no acute distress.
      Skin: Warm, dry, no rash, normal for ethnicity. Only sign of trauma was to the head. and eyes, other parts
                                                         of Body.

Printed by:    Pillai, Cristy A                                    Page 2 of 6
Printed on:    02/13/2019 08:42 PST                                (Continued)

EXHIBIT 7-E



ARTEAGA, JOSE OSVALDO
9/1981

* Auth (Verified) *

ED Physician Notes                                      ARTEAGA, JOSE O - 101-415-41
* Final Report *

**Head:** Normocephalic, 3 cm laceration to the right frontal scalp that is stapled shut with 3 staples. No active bleeding. The galea is not involved, Mild tenderness to palpation at the left orbital rim inferiorly without any step-off or deformity teeth of the jaw. Well there is no tenderness to palpation of the jaw.
**Neck:** Supple, trachea midline.
**Eye:** Extraocular movements are intact, normal conjunctiva.
**Ears, nose, mouth and throat:** Oral mucosa moist, Extraocular muscles are intact.
**Cardiovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion, No edema.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
**Gastrointestinal:** Soft, Nontender, Non distended.
**Back:** Normal range of motion.
**Musculoskeletal:** Normal ROM, normal strength.
**Neurological:** Alert and oriented to person, place, time, and situation, normal motor observed, normal speech observed.
**Psychiatric:** Cooperative, appropriate mood & affect.

**Medical Decision Making**
  **Documents reviewed:** Emergency department records, prior records.
  Orders  Launch Order Profile (Selected)
    Inpatient Orders
      *Ordered*
        Verify ePrescribe Patient Pharmacy: 02/12/19 14:01:37 PST, Use the "Patient Pharmacy" button in the toolbar to review/update the patient's pharmacy for ePrescribe.
      *Completed*
        CT Brain WO Contrast: 02/12/19 14:02:00 PST, Stat, Reason: Trauma, Patient does not have IV, Patient not on O2, Standard, OK
        CT Cervical Spine WO Contrast: 02/12/19 14:02:00 PST, Stat, Reason: Trauma, Patient does not have IV, Patient not on O2, Standard, OK.
  **Head Computed Tomography: CT Brain WO Contrast Event Date: 02/12/2019 14:27 Updated: 02/12/2019 14:44 PST**
**CT Brain WO Contrast**
**This document has an image**
**Reason For Exam**
**Trauma**
**Report**
**This document has an image**
**REPORT**
**CT Brain WO Contrast**

**CLINICAL INDICATION:**
**Male, 37 years of age. Trauma**

**COMPARISON:**
**None**

**TECHNIQUE:**
**Contiguous axial images were obtained from the vertex through the skull base.This CT exam was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, or use of iterative reconstruction technique.**

**FINDINGS:**
**No acute intracranial hemorrhage, midline shift, or pathologic extra-axial fluid collection.  Ventricles and cisterns are normal in size and configuration for the patient's age.  Gray white differentiation is**

Printed by:    Pillai, Cristy A                          Page 3 of 6
Printed on:    02/13/2019 08:42 PST                       (Continued)



Exhibit 7-F

AGA, JOSE OSVALDO
/1981

* Auth (Verified) *

ED Physician Notes
* Final Report *

ARTEAGA, JOSE O - 101-415-41

maintained.   Calvarium is grossly intact. Soft tissue swelling and laceration over the high right frontal calvarium. No calvarial fracture.

Hemorrhagic air-fluid level left maxillary sinus concerning for left orbital floor fracture. Correlation for focal tenderness over the left orbital region.

IMPRESSION:

1. No grossly acute intracranial abnormality. Soft tissue laceration and soft tissue swelling over the high right frontal calvarium. No calvarial fracture.
2. Hemorrhagic air-fluid level left maxillary sinus concerning for left orbital floor fracture.

Radiation Dose: CTDI (Vol): 59.08    Total DLP (mGycm): 1148.00

Signed by: Lorraine M Ash, DO on 2/12/2019 2:41 PM
Signature Line
*** Final ***

Electronically Signed By:  Ash, DO, Lorraine Marjorie

on  02/12/2019 14:41

Radiology results: Computed tomography, CT Cervical Spine WO Contrast Event Date: 02/12/2019 14:26 Updated: 02/12/2019 14:42 PST
CT Cervical Spine WO Contrast
This document has an image
Reason For Exam
Trauma
Report
This document has an image
REPORT
CT Cervical Spine WO Contrast

CLINICAL INDICATION:
Male, 37 years of age. Trauma pain.

Comparison: None available.

TECHNIQUE: Contiguous axial images were obtained of the cervical spine.  This CT exam was performed using one or more of the following dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, or use of iterative reconstruction technique. Additional sagittal and coronal reformatted images were obtained.

Findings: There is straightening of the cervical spine which may reflect patient positioning or underlying

Printed by:    Pillai, Cristy A
Printed on:    02/13/2019 08:42 PST

Page 4 of 6
(Continued)

COR


EXHIBIT 7-G

AGA, JOSE OSVALDO
981

* Auth (Verified) *

ED Physician Notes
* Final Report *

ARTEAGA, JOSE O - 101-415-41

muscle spasm. Cervical vertebral body heights are maintained. No acute fracture or traumatic subluxation. The odontoid process, articular pillars, and occipital condyles are intact.

Disc space heights are grossly preserved. No significant bony encroachment on the central canal or neural foramen. Paraspinal musculature is grossly unremarkable.

IMPRESSION:

1. No acute fracture or traumatic subluxation of the cervical spine. There is straightening of the cervical spine which may reflect patient positioning or underlying muscle spasm.

Radiation Dose: CTDI (Vol): 26.63    Total DLP (mGycm): 535.00

Signed by: Lorraine M Ash, DO on 2/12/2019 2:39 PM
Signature Line
*** Final ***

Electronically Signed By: Ash, DO, Lorraine Marjorie

on 02/12/2019 14:39

Notes: Patient was seen and evaluated by myself nursing notes reviewed laboratory studies were obtained patient was discharged I tried to speak to the jail doctor nevertheless he was in a meeting and was not available. I did speak to the patient directly about the potential orbital wall fracture and that he would need to follow-up with the jail doctor in regards to that I also had the nurse it was attending to the patient speak to the jail nurse to convey that information also.

Impression and Plan
Diagnosis
  Scalp laceration 1-1/2 cm closed
  Post head injury
Plan
  Condition: Stable.
  Disposition: Discharged: Time 02/12/2019 15:21:00, to home.
  Patient was given the following educational materials: CONCUSSION, No Wake Up, CONCUSSION, No Wake Up,
  Follow up with: MD NONE Within 1-2 days; Follow up with primary care provider Within 1-2 days Follow-up with the jail doctor in the morning and address the issue of a potential orbital wall fracture.
  Counseled: Patient, Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated understanding of instructions.
  Notes: This chart has utilized a medical scribe. I have reviewed its contents and agree with the documentation.

Signature Line
Electronically signed by: Amin, DO, Manish N
Signed on: 12-Feb-2019 15:22 PST

Printed by:    Pillai, Cristy A
Printed on:    02/13/2019 08:42 PST

Page 5 of 6
(Continued)

COR

Exhibit 7-H

* Auth (Verified) *

ED Physician Notes                                                    ARTEAGA, JOSE O - 101-415-41
* Final Report *

**Addendum by Amin, DO, Manish N on February 12 2019 15:24 PST (Verified)**
Patient states his tetanus status is up-to-date.  He had a tetanus shot 4 months ago

**Signature Line**
Electronically signed by:  Amin, DO, Manish N
Signed on: 12-Feb-2019 15:24 PST

**Completed Action List:**
* Perform by Amin, DO, Manish N on February 12 2019 14:16 PST
* Modify by Greenlee, ED Scribe, Jade C on February 12 2019 14:19 PST
* Modify by Greenlee, ED Scribe, Jade C on February 12 2019 14:29 PST
* Modify by Greenlee, ED Scribe, Jade C on February 12 2019 15:05 PST
* Modify by Amin, DO, Manish N on February 12 2019 15:22 PST .
* Sign by Amin, DO, Manish N on February 12 2019 15:22 PST Requested by Greenlee, ED Scribe, Jade C on February 12 2019 15:10 PST
* VERIFY by Amin, DO, Manish N on February 12 2019 15:22 PST
* Modify by Amin, DO, Manish N on February 12 2019 15:24 PST
* Sign by Amin, DO, Manish N on February 12 2019 15:24 PST

Printed by:      Pillai, Cristy A                                    Page 6 of 6
Printed on:      02/13/2019 08:42 PST                              (End of Report)

COR



* Auth (Verified) *

ED Physician Notes                                          ARTEAGA, JOSE O - 101-415-41
* Final Report *

Result Type:        ED Physician Notes
Result Date:        February 12 2019 14:16 PST
Result Status:      Modified
Result Title:       Neck Injury-Pain *ED
Performed By:       Amin, DO, Manish N on February 12 2019 14:16 PST
Verified By:        Amin, DO, Manish N on February 12 2019 15:22 PST
Encounter info:     37700701952, 85, Emergency, 02/12/2019 - 02/12/2019

## * Final Report *

## Document Contains Addenda

### Neck Injury-Pain *ED

Patient:  ARTEAGA, JOSE O     MRN: 101-415-41      FIN: 37700701952
Age: 37 years   Sex: Male     DOB: 09/09/1981
Author:  Amin, DO, Manish N

**Basic Information**
  MSEI MD/NP/PA Time Patient Seen face to face:
  Date and time 02/12/2019 14:01:32
  , I, Jade Greenlee, have scribed this chart as dictated by Manish Amin, DO.
  **History source:** Patient, EMS, Correctional facility records.
  **Arrival mode:** Ambulance.
  **History limitation:** None.
  **Additional information:** Chief Complaint from Nursing Triage Note : Reason for visit history
        02/12/2019 14:08 PST    pt was BIBA for neck pain s/p assault .

**History of Present Illness**
  This patient is a 37 year old male who was brought to the ED by EMS from Corcoran CA State Prison for evaluation of neck and head pain s/p ground level fall. Patient reports that he was being transported between buildings when he was hit in the head with a baton which caused him to fall to the ground and hit his head again. Patient now also reports jaw pain. EMS also reports that there is a laceration on the top of the patient's head. They report dressing the wound while en route in order to stop the bleeding. EMS denies any other prehospital treatment for relief of symptoms. Patient denies any numbness, tingling, loss of sensation in any of his extremities, chest pain, abdominal pain, or other trauma/injury.

*[handwritten: Hit with BATON By officers]*

**Review of Systems**
    **Additional review of systems information:** Review of systems as above, all other systems are reviewed and negative.

**Health Status**
  **Allergies:**
      Allergic Reactions (Selected)
        NKA.
  **Medications:** (Selected)
      Prescriptions
        Prescribed
          Coreg 3.125 mg oral tablet: = 1 Tab, ORAL, BID, # 60 Tab, 0 Refill(s), Maintenance, other reason (Rx)
      Documented Medications
        Documented
          Dilantin: 300 mg, ORAL, QEvening, 0 Refill(s), Maintenance
          atomoxetine: 25 mg, ORAL, DAILY, 0 Refill(s), Maintenance

Printed by:      Pillai, Cristy A                          Page 1 of 6
Printed on:      02/13/2019 08:42 PST                       (Continued)

COR                              EXHIBIT 7-J

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT

# # 8

4 - PAGES

A - D

**UNST**=Unrestricted

**LR**=Lifting Restriction- Unable to Lift more than 19 Pounds

**DNM**= Mobility Impairment (Lower Extremities) NOT Impacting Placement

COR - California State Prison, Corcoran

Patient:        **ARTEAGA, JOSE OSVALDO**
DOB/Age/Birth Gender:    9/9/1981   /   39 years   /   Male        CDCR: V29993

| *Progress Notes* |
|---|

Document Type:                                    Progress Note-Nurse
Document Subject:                                 ERV Response to back of 4A Clinic
Service Date/Time:                               2/12/2019 11:40 PST
Result Status:                                   Auth (Verified)
Perform Information:                             Cacao,Sarah RN (2/12/2019 12:09 PST)
Sign Information:                                Cacao,Sarah RN (2/12/2019 12:09 PST)
Authentication Information:                      Cacao,Sarah RN (2/12/2019 12:09 PST)

ERV dispatched @ 1058 to the back of 4A clinic for a patient involve in an altercation. Upon ERV arrival to site, patient found lying on the ground under the care of  PT Galan. Patient A/O x 4. No respiratory distress. Patient denies loss of consciousness. Patient on C-collar. Patient able to move all extremeties. Patient with scalp  LAC on top of his head to the front right side covered with dressing.Patient transfered to ERV gurney and transported to TTA. No reported loss of consciousness from staff.

Electronically Signed on 02/12/2019 12:09 PM PST

Cacao, Sarah RN, RN

Document Type:                                    Progress Note-Nurse
Document Subject:                                 REFUSED IV INSERTION
Service Date/Time:                               2/12/2019 11:40 PST
Result Status:                                   Auth (Verified)
Perform Information:                             Balaba-Gallagher,Neriza RN (2/12/2019 11:41 PST)
Sign Information:                                Balaba-Gallagher,Neriza RN (2/12/2019 11:41 PST)
Authentication Information:                      Balaba-Gallagher,Neriza RN (2/12/2019 11:41 PST)

REFUSED IV INSERTION. IMPORTANCE WAS DISCUSSED BY STAFF.

Electronically Signed on 02/12/2019 11:41 AM PST

Balaba-Gallagher, Neriza RN, RN

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  44773331                      Print Date/Time:  8/6/2021 07:49 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

EXHIBIT 8-A 

COR - California State Prison, Corcoran

Patient: **ARTEAGA, JOSE OSVALDO**
DOB/Age/Birth Gender:    9/9/1981   /   39 years   /   Male          CDCR: V29993

## Progress Notes

Document Type:                          TTA Progress Note
Document Subject:                       TTA visit for head and neck trauma good thanks
Service Date/Time:                      2/12/2019 11:44 PST
Result Status:                          Auth (Verified)
Perform Information:                     Clark,Edgar P&S (2/12/2019 11:47 PST)
Sign Information:                        Clark,Edgar P&S (2/12/2019 11:47 PST)
Authentication Information:              Clark,Edgar P&S (2/12/2019 11:47 PST)

### Chief Complaint
head trauma and neck pain

### History of Present Illness
37-year-old man who I was told was involved in altercation with custody officers.  He has a
wound on the top of his head which he said he got today.  He is in a cervical collar.  He
denies any other injuries besides the head injury.  He denies loss of consciousness.  He
says his left eye has some vision change secondary to the trauma today.

*[handwritten left margin: NONE OF THIS IS TRUE]*

### Physical Exam

Vitals & Measurements
T: 36.9  °C  (Temporal Artery)  **HR:** 101 (Monitored)  **HR:** 120 (Peripheral)  **RR:** 18
**BP:** 118/84  **SpO2:** 100%

The patient is lying on his back on the gurney. He has a cervical collar on. He is awake and
alert.  He moves all four extremities on command.  His left eye is mildly erythematous
compared to the right.  He has an approximately 3 cm stellate laceration on the top of his
head toward the right.  It does not gape. . He has mild lower posterior cervical tenderness.
No other wounds were found.

### Assessment/Plan
Cervical spine pain
    the patient will be sent to Adventist health Bakersfield for a CT scan of his cervical spine.
Change in vision
    I was unable to test his vision here because of his other medical conditions.
Scalp laceration
    the wound can be closed with Steri-Strips.  There may be difficulty he does of the short
hair that he has.
Tachycardia
    heart rate is 120.  This may be related to either excitement or amphetamines.

*[handwritten left margin: makes NO sense]*

*[handwritten note with arrow pointing up:]*
Plaintiff was involved in a
serious physical altercation,
Thus the elevated heart rate.
The mention of amphetamines was
an unfounded accusation in an attempt
to paint a picture of and discredit
Plaintiff.

### Problem List/Past Medical History
Ongoing
    Antisocial personality disorder
    Back pain
    Epilepsy
    Post traumatic stress disorder (PTSD)
    Potential for lack of continuity of care
Historical
    Chest wall pain
    Substance intoxication, with perceptual
        disturbance

### Procedure/Surgical History
Ultrasound, scrotum and contents
(04/18/2015), Esophagogastroduodenoscopy,
flexible, transoral; with biopsy, single or
multiple (10/14/2013), hepatic biopsy (2013),
Appendectomy; (1993), CT or MRI of the brain
performed in the hospital within 24 hours of
arrival or performed in an outpatient imaging
center, to confirm initial diagnosis of stroke,
TIA or intracranial hemorrhage (STR).

### Medications
Inpatient
    Coreg, 3.125 mg, 1 tab, Oral, BID-KOP
    Dilantin, 300 mg, 3 cap, Oral, qPM
Home
    No active home medications

### Medications
**Active Medications:**
carvedilol  3.125 mg Oral BID-KOP KOP-
phenytoin  300 mg Oral qPM DOT

### Social History
Alcohol
    Former, Withdrawal Symptoms Present
    No. Started age 16 Years. Stopped age
    21 Years.

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  44773331                    Print Date/Time:  8/6/2021 07:49 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



Exhibit F—B

COR - California State Prison, Corcoran

Patient: **ARTEAGA, JOSE OSVALDO**
DOB/Age/Birth Gender:    9/9/1981   /   39 years   /   Male        CDCR: V29993

## *Progress Notes*

### Chief Complaint
S/P altercation yesterday

### History of Present Illness
This is a patient who is being seen after he was sent out to the hospital yesterday. The patient was involved in altercation where he sustained some closed head injury. The patient was subsequently sent to the hospital for further evaluation. While in the hospital the patient had multiple CTs and the patient was discharged back to Corcoran. At this time the patient denies any chest pain or shortness of breath complains of mild headache, and mild dizziness. Patient does not complain of blurry vision. Patient does complain of occasional blood coming out of the left side of his nare after he "blows his nose". Otherwise at this time the patient denies any upper extremity paresthesias. The patient denies any abdominal pain.

### Review of Systems
see hpi

### Physical Exam
#### Vitals & Measurements
T: 36.8 °C (Temporal Artery)  HR: 99 (Peripheral)  RR: 20  BP: 128/87  SpO2: 99%

General: Alert and oriented x3 well-nourished in no apparent distress
HEENT: Right-sided scalp laceration with staples and well approximated, mild tenderness noted to the left maxillofacial area otherwise patient is able to open and close his mandible without any difficulties bilateral pupils are equal reactive to light and accommodation, the patient's bilateral globes are intact sclerae clear and white.
Cardiovascular: Heart sounds are regular with no murmurs or gallops
Respiratory: Lungs are clear to auscultate bilaterally with no wheezing or rhonchi
GI: Abdomen soft nontender bowel sounds are present
Neurological: GCS of 15 with no focal neurological findings no asymmetry no lateralizing signs

### Medical Decision Making
Review of the patient's chart shows the patient had a CT of the brain which showed no grossly acute intracranial abnormality soft tissue laceration and soft tissue swelling over the high right frontal calvarium with no calvarial fracture. Hemorrhagic air-fluid level left maxillary sinus concerning for left orbital fx. Patient is neurologically intact with no focal neurological findings. The patient will be referred to see Maxillofacial surgeon. Currently the patient has no red signs that require the patient to be sent out to the hospital. The patient was evaluated in the emergency room and was subsequently discharged back to Corcoran. Patient understood the plan and just as he arrived into the TTA ambulating with a steady gait the patient was discharged ambulating without any difficulties.

### Assessment/Plan
Head trauma
Ordered:
Request for Oral & Maxillofacial Surgery

Scalp laceration

---

### Problem List/Past Medical History
Ongoing
  Antisocial personality disorder
  Back pain
  Epilepsy
  Post traumatic stress disorder (PTSD)
  Potential for lack of continuity of care
Historical
  Chest wall pain
  Substance intoxication, with perceptual disturbance

### Procedure/Surgical History
Ultrasound, scrotum and contents (04/18/2015), Esophagogastroduodenoscopy, flexible, transoral; with biopsy, single or multiple (10/14/2013), hepatic biopsy (2013), Appendectomy; (1993), CT or MRI of the brain performed in the hospital within 24 hours of arrival or performed in an outpatient imaging center, to confirm initial diagnosis of stroke, TIA or intracranial hemorrhage (STR).

### Medications
Inpatient
  Coreg, 3.125 mg, 1 tab, Oral, BID-KOP
  Dilantin, 300 mg, 3 cap, Oral, qPM
  Tylenol, 650 mg, 2 tab, Oral, TID-KOP, PRN
Home
  No active home medications

### Medications
 Active Medications:
acetaminophen  650 mg Oral TID-KOP KOP PRN: pain
carvedilol  3.125 mg Oral BID-KOP KOP
phenytoin  300 mg Oral qPM DOT

### Social History
Alcohol
  Former, Withdrawal Symptoms Present
   No. Started age 16 Years. Stopped age
   21 Years.
  Never
Criminal History
  Criminal History: Juvenile History,

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  44773331                          Print Date/Time:  8/6/2021 07:49 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Exhibit 8 C



COR - California State Prison, Corcoran

Patient:              **ARTEAGA, JOSE OSVALDO**
DOB/Age/Birth Gender:    9/9/1981  /  39 years  /  Male          CDCR: V29993

| | *Progress Notes* |
|---|---|

Document Type:                         Progress Note-Nurse
Document Subject:                       7362
Service Date/Time:                      2/28/2019 10:07 PST
Result Status:                          Auth (Verified)
Perform Information:                    Trovao,Joe RN (2/28/2019 10:14 PST)
Sign Information:                       Trovao,Joe RN (2/28/2019 10:14 PST)
Authentication Information:             Trovao,Joe RN (2/28/2019 10:14 PST)

IP was seen for 7362 stating was going to start hunger strike because the food was giving him chills and sweats feels he is allergic to food, no history of food allergies IP does have seizure history in on dilantin, no acute respitory distress seen, no rashes noted, IP doeshav some bald spots to his scalp, has pcp appt. already pending for that, also noted to have 3 staples to top of head from OTM vist to hospital for head trauma and laceration, no orders seen for staple removal wound is healed, with scab staples were removed, no s/s infection seen, instr. to keep pcp appt. f/u RN as needed, verbal understanding given RTC stable.

Electronically Signed on 02/28/2019 10:14 AM PST

*[handwritten] ↖ Custody Continued to Retaliate and Harass me Long After they Assaulted me.*

Trovao, Joe RN, RN

Document Type:                         Progress Note-Nurse
Document Subject:                       refusal
Service Date/Time:                      2/25/2019 09:51 PST
Result Status:                          Auth (Verified)
Perform Information:                    Trovao,Joe RN (2/25/2019 09:53 PST)
Sign Information:                       Trovao,Joe RN (2/25/2019 09:53 PST)
Authentication Information:             Trovao,Joe RN (2/25/2019 09:53 PST)

IP refused RN line for 7362 c/o head and shoulder pain, refusal was cosigned do to IP refusing to sign.

Electronically Signed on 02/25/2019 09:53 AM PST

Trovao, Joe RN, RN

Document Type:                         Progress Note-Nurse
Document Subject:                       Per pt. he received Tdap 4 months ago in KVSP
Service Date/Time:                      2/12/2019 12:04 PST
Result Status:                          Auth (Verified)
Perform Information:                    Balaba-Gallagher,Neriza RN (2/12/2019 12:06 PST)
Sign Information:                       Balaba-Gallagher,Neriza RN (2/12/2019 12:06 PST)
Authentication Information:             Balaba-Gallagher,Neriza RN (2/12/2019 12:06 PST)

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  44773331                         Print Date/Time:  8/6/2021 07:49 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.



*[handwritten] Exhibit B ~ D*