Jose Osvaldo Arteaga
CDCR V-29993
I.C.C.
D5-135
P.O. Box 1906
Tehachapi, CA 93581

FILED
MAR 24 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# Eastern DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose O. Arteaga, Plaintiff, v. J. Garcia, et al., Defendant's | 1:22-CV-01292-KES-EPG Case No. Fresno Division<br><br>MOTION FOR LIVE TO AMEND THIS CIVIL RIGHT ACTION FOR THE 1ST TIME AND TO PROVIDE Extension of Time TO PROVIDE the Reals John Doe's name. |

Plaintiff Jose Arteaga:—

I declare I am requesting this Honorable Court for Live to File a First Amendment motion to Exclude the unauthorized Defendants who were not found to State a reasonable contitutional right claim at this point I wish to move forward with the Reviewed and allowed only Defendants which where Authorized by this

①

Court. I further request an extension of time to provide with the real name of Defendants and John Doe #1, as I have not receive such name information due to a strict Lock Down going on in this present prison, facility where I am being housed at this point. I will do my best to provide with this "real name" as soon as possible. I further would like to Amend this first filed Motion, as required since I'm withdrawing the witnesses who did not stated a claim properly and therefore the Motion needs to be change and Amended to excluded this unauthorized parties, as it was found to be true, by the Court. But I will move forward with this Lawsuit against Defendants: J. Garcia, A. Fugate and the mentioned John Doe. I'm also requesting live to Amend the Amount of requested Monetary compensation value, to one that gets determinated by the Court, due to the aggrabated injury problems

(2)

1. that have been growing against
2. my health due to this incident
3. plaintiff is filing this claim.
4. The injury issues have growned
5. and worsen after the surgery and
6. as a pro-se litigant unfortunate-
7. ly my value calculation of the
8. serious injuries where underestima-
9. ted by my pro-se unexperience kno-
10. wledge value of whole issues rela-
11. ting to the amount of this case
12. compensation which considering
13. the damages it is in my and others
14. opinion that I'm intitled to a more
15. calculated amount due to accordingly
16. the great amount of time the injury can last.
17.     I declare under the
18. penalty of perjury and of the
19. laws of U.S.A - California
20. that the set going forward
21. is true and correct
22.
23.
24.
25. 03/17/2025
26. DATE
27.           Declarant
28.           as pro se.